UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON ALLEN,

    Plaintiff,

v.                                          Case No. 8:23-cv-0806-KKM-AEP

RELIAQUEST, LLC,

    Defendant.
_____

# CIVIL CASE ORDER

**RELATED ACTIONS**: No later than **fourteen (14) days from the date of this Order,** Lead Counsel and any pro se plaintiff shall file a notice as to whether a related action is pending in the Middle District or elsewhere as required under Local Rule 1.07(c). The parties shall utilize the attached form **Notice of a Related Action.** Each party has a continuing obligation to file an amended notice within **ten (10) days** of discovering any ground for amendment.

**DISCLOSURE STATEMENT**: This Court screens every case to identify parties and interested corporations in which any assigned judge may be a shareholder or otherwise have an interest, as well as for other matters that might require consideration of recusal. Accordingly, no later than **fourteen (14) days** from the date of this Order, each party, pro

se party, governmental party, intervenor, non-party movant, and Rule 69 garnishee shall file the attached **Disclosure Statement and Certification** (also available on the undersigned's website under the "forms" tab) as required under Local Rule 3.03. Any party or entity that appears after the date of this Order must file the Disclosure Statement within **fourteen (14) days** of appearance.

No party may seek discovery from any source before filing a Disclosure Statement and Certification. A motion, memorandum, response, or other paper—including emergency motion—may be denied or stricken unless the filing party has previously filed its Disclosure Statement and Certification.

Each party has a continuing obligation to file and serve an **amended Disclosure Statement and Certification** within **ten (10) days** of (1) discovering any ground for amendment, including notice of case reassignment to a different judicial officer; or (2) discovering any ground for recusal or disqualification of a judicial officer. A party should not routinely list an assigned district judge or magistrate judge as an "interested person" absent some nonjudicial interest.

To assist the Court in determining when a conflict of interest may exist, particularly when ruling on matters formally assigned to another judge, each party shall use the full caption of the case, including the names of all parties and intervenors on all motions, memoranda, papers, and proposed orders submitted to the Clerk. *See* Fed. R. Civ. P. 10(a).

**CIVIL CASE MANAGEMENT**: When required by Local Rule 3.02, counsel and any unrepresented party shall confer and file a Case Management Report using the standard form on the Court's website (1) within **forty (40) days** after any defendant appears in an action originating in this court, (2) within **forty (40) days** after the docketing of an action removed or transferred to this court, or (3) within **seventy (70) days** after service on the United States attorney in an action against the United States, a United States agency, a United States officer or employee sued only in an official capacity, or a United States officer or employee sued in an individual capacity in connection with a duty performed on behalf of the United States.

**ELECTRONIC FILING**: Under Local Rule 2.01(b)(1)(G), all attorneys appearing before this court are required to register for CM/ECF docketing within **fourteen (14) days** of their entry of appearance in any action pending before this Court. Counsel are directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where they are to request their password from the Court. (Note: pro se parties are exempt from the electronic filing requirement.)

**CONSENT TO TRIAL BY MAGISTRATE JUDGE**: Under 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties may consent to have the assigned United States Magistrate Judge conduct any and all further proceedings in this case, including the trial (and can provide a date certain for trial, unlike the District Court).

If the parties wish to consent, they are directed to fill out the attached Magistrate Consent Form and file the form with this Court.

In addition to the foregoing requirements, parties are advised to consult and adhere to the Local Rules with regards to filing requirements and deadlines, which will be strictly enforced.

**ORDERED** in Tampa, Florida, on April 13, 2023.

*[signature]*
Kathryn Kimball Mizelle
United States District Judge

Attachments:
Notice of a Related Action (mandatory form)
Certificate of Interested Persons and Corporate Disclosure Statement
Magistrate Judge Consent Forms/Entire Case Magistrate Judge Consent/Specified Motions

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON ALLEN,

    Plaintiff,

v.                                  Case No. 8:23-cv-0806-KKM-AEP

RELIAQUEST, LLC,

    Defendant.
_____

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

_____    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Dated:

_____

Counsel of Record or pro se Party

[Address and Telephone]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON ALLEN,

    Plaintiff,

v.                                                    Case No. 8:23-cv-0806-KKM-AEP

RELIAQUEST, LLC,

    Defendant.

_____

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

        [insert list]

2.) the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

[insert list]

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

[insert list]

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

[insert list]

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

[Date]

_____

[Certificate of Service]    [Counsel of Record or pro se Party]
[Address and Telephone]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON ALLEN,

    Plaintiff,

v.                                    Case No. 8:23-cv-0806-KKM-AEP

RELIAQUEST, LLC,

    Defendant.
_____

# NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

    You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case,

    *Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all posttrial proceedings.

*Printed names of parties and attorneys*     *Signatures of parties or attorneys*     *Dates*

_____      _____      _____

_____      _____      _____

| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## Reference Order

     IT IS **ORDERED** that this case be referred to a UNITED STATES MAGISTRATE JUDGE for all further proceedings and order the entry of a final judgment in accordance with 28 U.S.C. 636(c) and Fed. R. Civ. P. 73.

| _____ | _____ |
| DATE | KATHRYN KIMBALL MIZELLE |
|  | UNITED STATES DISTRICT JUDGE |

**NOTE: RETURN THIS FORM TO THE CLERK OF COURT ONLY IF YOU ARE CONSENTING TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE. DO NOT RETURN THIS FORM TO A JUDGE.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON ALLEN,

    Plaintiff,

v.                                            Case No. 8:23-cv-0806-KKM-AEP

RELIAQUEST, LLC,

    Defendant.
_____

## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below (*identify each motion by document number and title*).

MOTION(S)     _____

                        _____

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## REFERENCE ORDER

**IT IS ORDERED:** The motions are referred to the United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

_____    _____
DATE                                                           KATHRYN KIMBALL MIZELLE
                                                                      UNITED STATES DISTRICT JUDGE

**NOTE: RETURN THIS FORM TO THE CLERK OF COURT ONLY IF YOU ARE CONSENTING TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE. DO NOT RETURN THIS FORM TO A JUDGE.**