UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AARON ALLEN,

CASE NO.: 8:23-cv-00806

Plaintiff

vs.

RELIAQUEST, LLC.

Defendant.
_____/

NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action IS NOT related to any pending case filed with this Court, or any other Federal or State court, or administrative agency.

This Plaintiff filed a claim regarding the subject matter of this suit, as required, with the Equal Employment Opportunity Commission, Case No. 511-2022-01475 but the EEOC determined it would not proceed further and issued a Right to Sue Letter dated January 17, 2023 and closed its' investigation.

Dated this 27th day of April, 2023.          Respectfully submitted,

/s/ Ian M. Tygar
Neil Bryan Tygar, P.A.
Attorneys for Plaintiff
Ian Tygar
5341 West Atlantic Avenue, Suite 303
Delray Beach, FL 33484
Tel:561-455-0280/Fax 561 451-0281
561-305-6510 Cellular Phone
Florida Bar No. 1031848
**Primary E-Mail Address: itygar@me.com**

**Secondary E-Mail neiltygarlaw@gmail.com**