**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AARON ALLEN,

                                                  CASE NO.: 8:23-cv-00806

      Plaintiff

vs.

RELIAQUEST, LLC.

      Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, AARON ALLEN ("Plaintiff"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03 of the U.S. District Court for the Middle District of Florida, hereby discloses the following:

1. Each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

    a. Aaron Allen – Plaintiff

    b. Neil Bryan Tyger, P.A., Counsel for Plaintiff

    c. Ian Michael Tygar, Esq., Counsel for Plaintiff

    d. RELIAQUEST, LLC. – Defendant

2. Each entity with publicly traded shares or debt potentially affected by the

outcome, including any publicly held corporation owning 10% or more of a party's stock: Plaintiff is an individual not a publicly traded company.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    None.

4. Each person arguably eligible for restitution:

    Plaintiff, Aaron Allen

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.


[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Dated this 27th day of April, 2023.     Respectfully submitted,

/s/ Ian M. Tygar
Neil Bryan Tygar, P.A.
Attorneys for Plaintiff
Ian Tygar
5341 West Atlantic Avenue, Suite 303
Delray Beach, FL 33484
Tel:561-455-0280/Fax 561 451-0281
561-305-6510 Cellular Phone
Florida Bar No. 1031848
**Primary E-Mail Address: itygar@me.com**
**Secondary E-Mail neiltygarlaw@gmail.com**