IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

AARON ALLEN,

      Plaintiff

v.

RELIAQUEST, LLC,

      Defendant
_____ /

Case No. 8:23-cv-806

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*
BY OUT-OF-STATE COUNSEL STEVEN J. PACINI**

COMES NOW Defendant, ReliaQuest, LLC., by and through the undersigned attorneys, and moves this Court for *Pro Hac Vice* admission of out-of-state counsel, Steven J. Pacini of the Latham & Watkins firm, and in support thereof would respectfully show the Court as follows:

1. Applicant represents Defendant, ReliaQuest, LLC.

2. Applicant is not a Florida resident. Applicant's business address is:

   Latham &Watkins LLP
   200 Clarendon Street
   Boston, MA 02116
   Email: Steven.Pacini@lw.com
   Tel: (617) 880-4516

3. Applicant is currently a member in good standing of the Bar of Massachusetts (Massachusetts State Bar No. 676132) and was admitted to practice on December 4, 2009.

4.  Applicant is also duly admitted to practice to the U.S. District Court for the District of Massachusetts as of April 27, 2010.

5.  Applicant is a member in good standing and is eligible to practice before all of the aforementioned courts.

6.  Applicant is not currently suspended by any court and has not been disbarred by any court. There are no pending grievances or criminal matters against Applicant.

7.  Applicant does not reside in the State of Florida, nor is he regularly engaged in business, profession, or other activities in the State of Florida, and does not maintain a regular practice of law in the State of Florida.

8.  Pursuant to M.D. Fla. Loc. R. 2.01(c)(3) and Rule 1-3.10 of the Rules Regulating the Florida Bar; Florida Rules of Judicial Administration, 907 So.2d 1138, 1142-43 (Fla. 2005), Applicant has not made appearances in separate cases in the State of Florida to such a degree as to constitute the maintenance of a regular practice of law in Florida.

9.  In the last 21 months, Applicant has not appeared in any case in the District Court in the Middle District of Florida.

WHEREFORE, the undersigned moves this Court for entry of an Order permitting Steven J. Pacini, Esq of Latham & Watkins to be admitted to practice before the U.S. District Court for the Middle District of Florida for the purpose of

representing Defendant ReliaQuest, LLC, in this action, and such other and further relief as is just and proper.

### APPLICANT'S LOCAL RULE CERTIFICATIONS

Applicant Steven Pacini certifies that he has read and will comply with the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

Applicant further certifies that he will comply with the email registration requirements pursuant to M.D. Fla. Loc. R. 2.01(b)(1)(G).

Dated: May 18, 2023            By:   /s/ *Steven J. Pacini*
                                     Steven J. Pacini
                                     (PRO HAC VICE PENDING)
                                     Latham &Watkins LLP
                                     200 Clarendon Street
                                     Boston, MA 02116
                                     Telephone: (617) 880-4516
                                     Email:  Steven.Pacini@lw.com

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

The undersigned hereby certifies that, pursuant to M.D. Fla. Loc. R. 3.01(g) he has conferred with Plaintiff's counsel, Neil Bryan Tygar by phone and email on May 18, 2023, who advised Plaintiff does not oppose the relief requested in this motion.

## CERTIFICATION REGARDING SPECIAL ADMISSION FEES

The undersigned further certifies that the fees required for Special Admission to Practice in the Middle District of Florida pursuant to M.D. Fla. Loc. R. 2.01(c)(5) will be contemporaneously delivered to the Clerk of the Court.

Respectfully submitted May 18, 2023.

>/s/ *Dean A. Kent*
>DEAN A. KENT
>Florida Bar No. 0307040
>dkent@trenam.com / ac@trenam.com
>TRENAM, KEMKER, SCHARF, BARKIN FRYE, O'NEILL & MULLIS, P.A.
>Bank of America Plaza
>101 East Kennedy Blvd., Suite 2700
>Tampa, FL 33602-5150
>Tel:  (813) 227-7474/Fax:  (813) 229-6553
>*Attorneys for Defendant*

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on the 18th day of May, 2023, counsel for Defendant electronically filed the foregoing Unopposed Motion for Admission *Pro Hac Vice* by Out-Off-State Counsel Steven J. Pacini by using the CM/ECF system which served notice and a copy on all counsel of record.

>/s/ *Dean A. Kent*
>Attorney