# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 8:23-CV-00806-KKM-AEP

Plaintiff: **AARON ALLEN,**
vs.
Defendant: **RELIAQUEST, LLC,**

For:
Neil Tygar
NEIL BRYAN TYGAR, P.A.
5341 West Atlantic Avenue
Ste 303
Delray Beach, FL 33484

Received by Caplan, Caplan & Caplan Process Servers on the 27th day of April, 2023 at 9:55 am to be served on **RELIAQUEST, LLC C/O CORPORATE CREATIONS NETWORK, 801 US HIGHWAY 1, NORTH PALM BEACH, FL 33408**.

I, NIXON FLEURIMOND, do hereby affirm that on the **28th day of April, 2023** at **11:10 am, I:**

served a **CORPORATION, REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT, DETERMINATION AND NOTICE OF RIGHTS** with the date and hour of service endorsed thereon by me, to: **CORPORATE CREATIONS NETWORK, INC** as **REGISTERED AGENT** at the address of: **801 US HIGHWAY 1, NORTH PALM BEACH, FL 33408** on behalf of **RELIAQUEST, LLC C/O CORPORATE CREATIONS NETWORK**, and informed said person of the contents therein, in compliance with Florida State Statute 48.091.

**Additional Information pertaining to this Service:**
BY SERVING MARIBI JUAN AS EMPLOYEE OF THE REGISTERED AGENT

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct. No notary is required pursuant FS 92.525(2) and 28 USC Section 1746.

**NIXON FLEURIMOND**
1316

**Caplan, Caplan & Caplan Process Servers**
**12505 Orange Drive**
**Suite 907**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2023015176
Service Fee: _____

