# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

AARON ALLEN,

    Plaintiff

  v.

RELIAQUEST, LLC,

    Defendant

Case No. 8:23-cv-806

## DEFENDANT'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order (Doc. 3):

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

    **Aaron Allen** – Plaintiff

    **Ian Tygar, Esq.**, Neil Bryan Tygar, P.A.– Lead Trial Counsel For Plaintiff
    **Neil Bryan Tygar, Esq.**, Neil Bryan Tygar, P.A.– Counsel For Plaintiff

    **Neil Bryan Tygar, P.A.** – Counsel for Plaintiff

**ReliaQuest, LLC** – Defendant

**Brian P. Murphy** – CEO/Founder of Defendant

**ReliaQuest Holdings, LLC** – Owner of Defendant

**KKR & Co. Inc.** – Investor in Defendant

**FTV Capital** – Investor in Defendant

**Steven J. Pacini, Esq.**, Latham & Watkins LLP – Lead Trial Counsel for Defendant (*pro hac vice pending*)

**Laura Hellwig-Rondeau, Esq.**, Latham & Watkins LLP – Counsel for Defendant

**Jocelyn Wexler, Esq.**, Latham & Watkins, LLP – Counsel for Defendant

**Latham & Watkins LLP** – Counsel for Defendant

**Dean A. Kent, Esq.,** Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, PA – Local Counsel for Defendant

**Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, PA** – Local Counsel for Defendant

2.) the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

**None at this time.**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None at this time.**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

**Named Plaintiff only.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated: May 19, 2023.

/s/ Dean A. Kent
DEAN A. KENT
Florida Bar No. 307040
dkent@trenam.com; ac@trenam.com
TRENAM LAW
101 East Kennedy Blvd., Suite 2700
Tampa, Florida 33602-5150
Tel: (813) 223-7474  /  Fax: (813) 229-6553

/s/ Steven J. Pacini
Steven J. Pacini
(Pro Hac Vice pending)
Steven.Pacini@lw.com
Latham &Watkins LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 880-4516

*Attorneys for Defendant*

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 19, 2023, a copy of the foregoing Defendant's Amended Certificate of Interested Persons and Corporate Disclosure Statement has been furnished via **CM/ECF** on all counsel of record.

/s/ Dean A. Kent
Attorney