IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON ALLEN,

    Plaintiff,

v.

RELIAQUEST, LLC,

    Defendant.

Case No. 8:23-cv-00806-KKM-AEP

**NOTICE OF COMPLIANCE WITH ORDER
GRANTING MOTION TO APPEAR *PRO HAC VICE***

Pursuant to this Court's order of May 22, 2023 (Dkt. 14), Steven J. Pacini, counsel for Defendant ReliaQuest, LLC in the above-entitled action, hereby provides notice that he has paid the $150.00 special admission fee (Receipt No. AFLMDC-20851215) and has complied with this Court's electronic filing registration requirements.

Dated: May 24, 2023

Respectfully submitted,

*/s/ Steven J. Pacini*
Steven J. Pacini
(Admitted *pro hac vice*)
Massachusetts Bar No. 676132
**LATHAM & WATKINS LLP**
200 Clarendon Street, 27th Floor
Boston, Massachusetts 02116
Tel: (617) 948-6000

2

Fax: (617) 948-6001
Email:  steven.pacini@lw.com

Dean A. Kent
Florida Bar No.  307040
**TRENAM LAW**
Bank of America Plaza
101 East Kennedy Blvd., Suite 2700
Tampa, Florida 33602-5150
Tel: (813) 223-7474
Fax: (813) 229-6553
Email:  dkent@trenam.com
           ac@trenam.com

*Attorneys for ReliaQuest, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send electronic notification to all counsel of record.

                                              */s/ Steven J. Pacini*
                                              Steven J. Pacini