## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

AARON ALLEN,

        Plaintiff,

v.

RELIAQUEST, LLC,

        Defendant.

Case No. 8:23-cv-00806-KKM-AEP

## NOTICE OF A RELATED ACTION

In accordance with M.D. Fla. Loc. R. 1.07, I certify that the above-captioned case:

__X__    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**Closed Administrative Charge No. 511-2022-01475, styled *Aaron Allen vs ReliaQuest*, the Equal Employment Opportunity Commission and/or the Florida Commission on Human Relations.**

_____    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: May 30, 2023

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2023, a true and correct copy of the foregoing Notice of a Related Action was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send electronic notification to all counsel of record.

/s/ *Dean A. Kent*
DEAN A. KENT
Florida Bar No. 307040
dkent@trenam.com; ac@trenam.com
TRENAM LAW
101 East Kennedy Blvd., Suite 2700
Tampa, Florida 33602-5150
Tel: (813) 223-7474  /  Fax: (813) 229-6553

-and-

/s/ *Steven J. Pacini*
Steven J. Pacini
(Pro Hac Vice pending)
Steven.Pacini@lw.com
Latham &Watkins LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 880-4516

*Attorneys for Defendant*