UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION

AARON ALLEN,

    Plaintiff,

v.                                      Case No. 8:23-cv-806

RELIAQUEST, LLC,

    Defendant.

_____

**PLAINTIFF'S AMENDED CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order (Doc.3):

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

    **Aaron Allen** – Plaintiff

    **Ian Tygar, Esq.**, Neil Bryan Tygar, P.A. – Counsel for Plaintiff

    **Neil Bryan Tygar, P.A.** - Counsel for Plaintiff

    **ReliaQuest, LLC** – Defendant

 **Brian P. Murphy** – CEO/Founder of Defendant

 **ReliaQuest Holdings, LLC** – Owner of the Defendant

 **FTV Capital** – Investor in Defendant

 **Steven J. Pacini, Esq., Latham & Watkins LLP** – Counsel for Defendant

 **Jocelyn Wexler, Esq. Latham & Watkins, LLP** – Counsel for Defendant

 **Latham & Watkins, LLP** – Counsel for Defendnat

 **Trenam, Kemker, Scharf, Barkin, Frye, O'Neil & Mullis, PA** – Local Counsel for Defendant

2.)  the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

 **None, Plaintiff is an individual.**

3.)  the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

 **None.**

4.)  the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

 **Plaintiff, Aaron Allen.**

 I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated this 2nd of June, 2023.     Respectfully Submitted,

              */s/ Ian M. Tygar*
              Ian Tygar

                Executive Square Plaza
                5341 West Atlantic Avenue, Suite 303
                Delray Beach, FL 33484
                561-455-0280 Phone
                561-305-6510 Cellular Phone
                561-455-0281 Fax
                Florida Bar No. 1031848
                **Primary E-Mail Address: itygar@icloud.com**
                **Secondary E-Mail** neiltygarlaw@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 2, 2023, a copy of the foregoing Plaintiff's Amended Certificate of Interested Persons and Corporate Disclosure Statement has been furnished via CM/ECF on all counsel of record.

*/s/ Ian M. Tygar*
Attorney