# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:23-cv-806-KKM-AEP | **DATE:** July 5, 2023 |
| **HONORABLE KATHRYN K. MIZELLE** | **COURTROOM:** Telephonic |
| AARON ALLEN,<br><br>Plaintiff,<br>v.<br><br>RELIAQUEST, LLC,<br><br>Defendant. | **PLAINTIFF'S COUNSEL**<br>Neil Tygar |
| | **DEFENSE COUNSEL**<br>Steven Pacini<br>Dean Kent |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** Gretchen O'Brien |
| **TIME:** 1:01 p.m.–1:12 p.m. | **TOTAL:** 11 minutes |

**PROCEEDINGS: PRELIMINARY PRETRIAL CONFERENCE**

- Defendant will file a motion for judgment on the pleadings this afternoon.

- Plaintiff objects to the stay of discovery.

- The Court will withhold ruling on the request to stay discovery and hold off on entering a Case Management Scheduling Order.

- Hearing concluded