UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

AARON ALLEN,

    Plaintiff,

v.                                                                                            Case No. 8:23-cv-806

RELIAQUEST, LLC,

    Defendant.

_____

## MOTION TO WITHDRAW AS COUNSEL

Ian Tygar, Esq. counsel for Plaintiff Aaron Allen ("Plaintiff's counsel") with Neil Bryan Tygar, P.A. hereby move the Court, pursuant to Rule 2.02(c), Local Rules, Middle District of Florida, for an order permitting Plaintiff's counsel to withdraw as counsel of record for Plaintiff in this action. As grounds for this Motion, counsel states:

1. Ian Tygar, Esq. have appeared as counsel for Plaintiff, Aaron Allen.

2. The demands upon Plaintiff's counsel make it impractical to remain counsel for Mr. Allen as the parties have reached irreconcilable differences in this matter, on a number of issues.

3. Plaintiff will not be prejudiced by Plaintiff's counsel withdrawing from this action.

4. In accordance with Local Rule 2.03(c), Plaintiff has had fourteen (14) days' notice of the Plaintiff's counsels' intention to withdraw prior to the filing of this Motion.

5. The last known address, email address and telephone number of the Plaintiff is:

Aaron Allen

933 Branch Court #122
Grovetown, AL 30813
United States
ineedalawyer@sudomail.com
(786) 292-51

## Local Rule 3.10(g) Certification

Ian Michael Tygar, Esq. conferred with counsel for defendant in a good faith effort to resolve the issues raised by this Motion. The motion is opposed by the Defendant. Plaintiff's counsel called Defendant's counsel via telephone on July 7, 2023 to discuss the motion and received an objection by email later that same day.

Dated this 7th of July, 2023.                    Respectfully Submitted,

*/s/ Ian M. Tygar*
Ian Tygar
Executive Square Plaza
5341 West Atlantic Avenue, Suite 303
Delray Beach, FL 33484
561-455-0280 Phone
561-305-6510 Cellular Phone
561-455-0281 Fax
Florida Bar No. 1031848
**Primary E-Mail Address: itygar@icloud.com**
**Secondary E-Mail** neiltygarlaw@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 7, 2023, a copy of the foregoing Motion to Withdraw as Plaintiff's Counsel has been furnished via CM/ECF on all counsel of record.

*/s/ Ian M. Tygar*
Attorney