IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

AARON ALLEN,

      Plaintiff

v.

RELIAQUEST, LLC,

      Defendant

_____/

Case No. 8:23-cv-806

## NOTICE OF APPEARANCE

NOTICE IS HEREBY given to all parties that Richard M. Hanchett of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., is appearing as counsel for RELIAQUST, LLC. All future pleadings and documents of whatsoever kind should be directed to Richard M, Hanchett, rhanchett@trenam.com, Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., at 101 E. Kennedy Boulevard., Suite 2700, Tampa, Florida 33602-5150 via the Case Management and Electronic Case Files (CM/ECF) system.

    /s/ Richard M. Hanchett
    DEAN A. KENT
    Florida Bar No. 0307040
    dkent@trenam.com / ac@trenam.com
    RICHARD M. HANCHETT
    Florida Bar No. 709212
    RHanchett@trenam.com / ac@trenam.com
    TRENAM LAW
    Bank of America Plaza
    101 East Kennedy Boulevard, Suite 2700
    Tampa, Florida 33602-5150
    Phone: (813) 223-7474/Fax: (813) 229-6553
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of February, 2024, counsel for Defendant electronically filed the foregoing Notice of Appearance by using the CM/ECF system which served notice and a copy on all counsel of record.

/s/ Richard M. Hanchett
Attorney
