UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| **CASE NO.** 8:23-cv-806-KKM-AEP | **DATE:** March 6, 2024 |
|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | **COURTROOM:** 10A |
| AARON ALLEN,<br><br>                  Plaintiff,<br>v.<br><br>RELIAQUEST, LLC,<br><br>                  Defendant. | **PLAINTIFF'S COUNSEL**<br>Neil Tygar |
| | **DEFENSE COUNSEL**<br>Steven Pacini<br>Dean Kent<br>Richard Hanchett |
| **COURT REPORTER:** DIGITAL | **DEPUTY CLERK:** Lynne Vito |
| **TIME:** 10:30 am to 10:38 am | **TOTAL: 8** minutes |

**PROCEEDINGS: PRELIMINARY PRETRIAL CONFERENCE**

Motion to dismiss is pending.

Defense Counsel provide the court with their reasons for wanting to stay discovery until the ruling on the pending motion to dismiss.

Court discusses consenting to the MJ and the IDEAL program.

CRD to email counsel the information on the IDEAL program.