UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AARON ALLEN,**

    **Plaintiff,**

**V.**                                         **Case No. 8:23-cv-00806-KKM-AEP**

**RELIAQUEST, LLC,**

    **Defendant.**

_____

**JOINT MEDIATION NOTICE**

The Parties, pursuant to this Court's Case Management and Scheduling Order dated April 1, 2024, hereby jointly provide the requested Mediation Notice and state the following:

    (a.)    the Parties have selected **Neil Flaxman, Esq**., with an address of 80 SW 8th St Ste 3100 Miami, FL 33130-3004, Phone Number 305-810-2786, and Facsimile 305-810-2824, to serve as the mediator in this matter;

    (b.)    the mediation is to occur on November 12, 2024, at 10:00AM via Zoom; and,

    (c.)    Mr. Flaxman is listed on the Middle District of Florida (Tampa Division)'s online list of mediators.

                                                    By: */s/ Ian Michael Tygar*
                                                                Ian Michael Tygar, Esq.
                                                                FBN: 1031848
                                                                 Neil Bryan Tygar, P.A.
                                                                 5341 W. Atlantic Ave, #303
                                                                Delray Beach, FL 33484
                                                                (561) 455-0280
                                                                (561) 455-0281Fax
                                                                Primary Email: itygar@icloud.com
                                                                Email: neiltygarlaw@gmail.com

*Attorneys for Plaintiff/Counter-Defendant*

Neil Tygar, Esq.
FBN: 0911100
Executive Square Plaza
5341 West Atlantic Avenue,
Suite 303 Delray Beach, FL 33484
Phone: 561-455-0280
Fax: 561-455-0281
ntygar@me.com
neiltygarlaw@gmail.com
*Attorneys for Plaintiff*

By: /s/ *Dean A. Kent*
Dean A. Kent
Florida Bar No.: 83613
DKent@trenam.com

Trenam Law
PO Box 1102
Tampa, FL 33601-1102
Telephone: 813-223-7474
*Counsel for Defendant ReliaQuest*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the forgoing document has been furnished to all counsel of record via CM/ECF on May 20, 2024.

By: /s/ Ian Michael Tygar

2