**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AARON ALLEN,

    Plaintiff/Counter Defendant,

v.                                       Case No.: 23-cv-00806-KKM-MEP

RELIAQUEST, LLC.

    Defendant/Counterclaimant.
_____/

**NOTICE OF FILING OMITTED EXHIBIT "A" REFERENCED**
**IN RELIAQUEST, LLC'S ANSWER AND AFFIRMATIVE**
**DEFENSES TO AMENDED COMPLAINT (Doc. 32)**
**AND AMENDED COUNTERCLAIMS (DK. 48)**

Defendant, ReliaQuest, LLC files its Exhibit A included in Reliaquest, LLC's Answer and Affirmative Defenses to Amended Complaint (doc. 32) and Amended Counterclaims (DK. 48), which was inadvertently omitted.

Dated: August 19, 2024                 Respectfully submitted,

                                                             */s/ Dean A. Kent*
                                                             Dean A. Kent
                                                            Florida Bar No. 307040
                                                            Email: dak@trenam.com/ ac@trenam.com
                                                            Richard Hanchett
                                                            Florida Bar No. 709212
                                                            rhanchett@trenam.com/ ac@trenam.com
                                                            **TRENAM LAW**
                                                            101 East Kennedy Blvd.
                                                            Suite 2700
                                                            Tampa, Florida 33602-5150
                                                           Tel: (813) 223-7474

        Fax: (813) 229-6553

        Steven J. Pacini (*pro hac vice*)
**Latham & Watkins LLP**
200 Clarendon Street, 27th Floor
Boston, Massachusetts 02116
Tel: (617) 948-6000
Fax: (617) 948-6001
Email: steven.pacini@lw.com
*Attorneys for ReliaQuest, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the forgoing Notice of Filing Omitted Exhibit "A" referenced in Reliaquest, LLC'S Answer and Affirmative Defenses to Amended Complaint (Doc. 32) and Amended Counterclaims has been furnished to all counsel of record via CM/ECF on August 19, 2024

        */s /Dean A. Kent*
              Attorney

# Exhibit A

RESUME

# AARON ALLEN – *Security Analyst*

REDACTED | Atlanta, GA (open to remote/relocation) | REDACTED
www.linkedin.com/in/cyberaa | https://github.com/originalcybernaut | https://cybernaut.medium.com

## TOOLS & SKILLS & CERTIFICATIONS

- **Certifications:** Security+, ITF+, Splunk Fundamentals, Cyber Threat Hunting Level 1
- **Skills:** Analyzing network and host-based logs for security events and trends; incident response
- **Selected Tools**: SEIM/SIEMs (ELK, Splunk) IDS/IPS, Snort, Wireshark, Burpsuite, Python, Bash, Git
- **Knowledge**: incident response, TCP/IP, common protocols, threat analysis, identifying vulnerabilities
- **Currently learning:** Powershell scripting, reverse engineering, memory forensics

## PROJECTS

**SANS BootUp CTF | Web, Cryptography, Forensics, Networking, Binary**　　　　　　　April 2021
- A multidisciplinary cybersecurity-focused capture-the-flag competition

**Active CounterMeasures AC_Hunter CTF**　　　　　　　April 2021
- Cyber Threat Hunting capture-the-flag competition -Perfect Score/No Hints in 1 hour 7 minutes-

**Jersey CTF | Cryptography, Forensics, OSINT, Pwning, Web**　　　　　　　April 2021
- A jeopardy style cybersecurity-focused capture-the-flag competition

**Threat Hunting Project | PWNShark**　　　　　　　March-April 2021
- Behavior-Based PCAP network traffic analysis and Anomaly Detector (Detecting IoCs with Python)

**Rhino Hunt Workshop**　　　　　　　March 2021
- SANS Forensics Challenge utilizing open-source tool SIFT workstation to investigate endpoint forensics

**FullStack CTF Challenge | Red Team Hackathon**　　　　　　　January 2021
- Passive & Active Enumeration, Vulnerability Assessment, Penetration Testing, Exploitation

## WORK EXPERIENCE

**CYBER TEACHING FELLOW | Fullstack Academy**　　　　　　　April 2021 – July 2021
- Information Security Help Desk, Red/Blue Team troubleshooting and code reviewing; security advisory
- Contributing Objectives to Cybersecurity Curriculum Development
- Quality Assurance for development of Amazon Cloud Security curriculum
  - Building Walkthroughs for Open Source Intelligence student project
    - investigating, documenting, and reporting on IoCs in T-Pot honeypot utilizing ELK Stack
    - utilizing OSINT tools: AlienVault, Talos Intelligence, Spiderfoot, and Falcon Sandbox
    - Threat Hunting, analyzing malware, packet captures, network forensics
    - Integrating API tools into threat modeling workflow.
  - Building AWS Assessments and walkthroughs for securing cloud environments
  - Building Threat Hunting IoC scenarios
- Cybersecurity Project Management
  - reviewing and grading both offensive and defensive-focused cybersecurity assessments
  - Advising of cybersecurity projects: identifying potential threats and countermeasures

**INVESTMENT MANAGER | *Discreet Investment Consultancy Firm***　　　　　　　June 2018 – December 2020
- Supervised: Project Sourcing, Contracts & Deal Flow, Industry Intelligence
- Implemented: Due Diligence Frameworks, Valuation Methodologies, Advisory Services
- Projects: IT Software assessment, IT Hardware assessment, Energy project revenue projections

**ENGINEERING MANAGER | *Stealth Mode startup in medical industry*** August 2015 – December 2020
- Supervised: Startup Intellectual Property Portfolio, Software Development, Hardware Prototyping Design
- Implemented: Strategic Partnerships, Design Methodologies, Software Dataset building
- Projects: Medical Devices, Digital Health, GRC, Value Assessment, Customer Intelligence

## EDUCATION

FULLSTACK CYBER BOOTCAMP, Fullstack Academy – 553 CPE/CEU equivalent – New York, NY　　2021
UNIVERSITY OF ROCHESTER – Technical Entrepreneurship and Management, M.S. – Rochester, NY
CLEMSON UNIVERSITY – Physics & Mathematical Sciences Dual B.S. – Clemson, SC

## HOBBIES AND PASTIMES

- online capture-the-flag competitions
- learning Mandarin