## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| AARON ALLEN | ) | |
| | ) | |
| Plaintiff | ) | Case No. 8:23-cv-00806-KKM-AEP |
| | ) | |
| vs. | ) | |
| | ) | |
| RELIAQUEST, LLC, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## ORDER

AND NOW, this _____ day of _____, 201___, the Court, after consideration of the Plaintiff's Motion To Dismiss Counts I, II And III Of Defendant's Counterclaims, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED;

2. Defendant shall have thirty (30) days from the date of this Order to file amended counterclaims that are not shotgun pleadings and do not seek daamges for attorneys fees, or defamation, related directly to the litigations existence, or acts taken within the litigaiton or otherwise violate the litigation privilege rule.

BY THE COURT:

_____
Kathryn Kimball Mizelle
UNITED STATES DISTRICT JUDGE