IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| AARON ALLEN | ) | |
| | ) | |
| Plaintiff | ) | Case No. 8:23-cv-00806-KKM-AEP |
| | ) | |
| vs. | ) | |
| | ) | |
| RELIAQUEST, LLC, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**ORDER**

AND NOW, this _____ day of _____, 201___, the Court, after consideration of the Plaintiff's Motion to Strike Prayer for Attorneys and/or Legal Fees and Costs in Counts I, II And III of Defendant's Counterclaims and Damages Sought in Violation of the Litigation Privilege, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED;

2. The Prayer for Relief #6 and paragraph 71 of the Counterclaims in the Answer (DE 48) are hereby STRICKEN as is every other mention of a request for attorney fees and costs found in the Defendant's counterclaims;

3. Paragraphs 70 and 54 through 58 of the Counterclaims in the Answer (DE 48) are hereby STRICKEN as is every other mention of a request for

damages that arises out of or relates to the Plaintiff filing and maintaining this action.

BY THE COURT:

_____
Kathryn Kimball Mizelle
UNITED STATES DISTRICT JUDGE