IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| AARON ALLEN | ) | |
| | ) | |
| Plaintiff | ) | Case No. 8:23-cv-00806-KKM-AEP |
| | ) | |
| vs. | ) | |
| | ) | |
| RELIAQUEST, LLC, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS**

NOW COMES, AARON ALLEN ("Plaintiff") who by and through the undersigned counsel files this Motion For Leave to File a Reply to Defendant's Response to Plaintiff's Motion to Dismiss (Doc. 52) (the "Response") pursuant to L.R. 3.01(d) and in support thereof avers as follows:

1. After careful review of the Defendant's Response, Plaintiff seeks leave from this Court to file a short reply not to exceed seven (7) pages regarding the Defendant's right to seek damages as a result of the Plaintiff filing his lawsuit, specifically in violation of the litigation privilege.

DATED this 24th day of September, 2024. Respectfully submitted,

*/s/ Ian Tygar         .*
Ian Tygar, Esq.
Neil Bryan Tygar, P.A.
Attorney for Plaintiff
Bar No. 1031848

                                                5341 W. Atlantic Ave, #303
                                                Delray Beach, FL 33484
                                                Telephone:  (561) 455-0280
                                                Facsimile:         (561) 455-0281
                                                Email:               ntygar@me.com

## **LOCAL RULE 3.01(g) CERTIFICATION**

As set forth above, the undersigned counsel certifies, pursuant to Local Rule 3.01(g), that Plaintiff's counsel Ian Tygar contacted Defendant's counsel Dean Kent via email on September 24, 2024 in a good-faith effort to address and resolve the issues raised by this Motion, but Defendant did not consent to the relief requested in the Motion.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 24th  day of September, 2024, the foregoing document electronically filed and served upon all counsel of record via notice delivered by this Court's ECF System.

                                                */s/ Ian Tygar        .*
                                                Ian Tygar, Esq.