IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| AARON ALLEN | ) | |
| | ) | |
| Plaintiff | ) | Case No. 8:23-cv-00806-KKM-AEP |
| | ) | |
| vs. | ) | |
| | ) | |
| RELIAQUEST, LLC, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**ORDER**

AND NOW, this _____ day of _____, 201___, the Court, after consideration of the Plaintiff's Motion For Leave To File Reply To Defendant's Response To Plaintiff's Motion To Dismiss, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED;

2. Defendant shall have fourteen (14) days from the date of this Order to file a reply to Defendant's Response to Plaintiff's Motion to Dismiss (Doc. 52), that shall not exceed seven (7) pages in length.

BY THE COURT:

_____
Kathryn Kimball Mizelle
UNITED STATES DISTRICT JUDGE