IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| AARON ALLEN | ) | |
| | ) | |
| Plaintiff | ) | Case No. 8:23-cv-00806-KKM-AEP |
| | ) | |
| vs. | ) | |
| | ) | |
| RELIAQUEST, LLC, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE**

NOW COMES, AARON ALLEN ("Plaintiff") who by and through the undersigned counsel files this Motion For Leave to File a Reply to Defendant's Response to Plaintiff's Motion to Strike (Doc. 53) (the "Response") pursuant to L.R. 3.01(d) and in support thereof avers as follows:

1. After careful review of the Defendant's Response, Plaintiff seeks leave from this Court to file a short reply not to exceed seven (7) pages regarding the Defendant's right to seek attorney fees as damages, specifically pointing out that the cases cited in the Response require a finding of bad faith and that this court has already ruled that Plaintiff's claims were not frivolous as the court denied the Defendant's Rule 11 sanction motion (Doc. 19) by Court Order (Doc. 31).

DATED this 24th day of September, 2024. Respectfully submitted,

>/s/ Ian Tygar         .
> Ian Tygar, Esq.
> Neil Bryan Tygar, P.A.
> Attorney for Plaintiff
> Bar No. 1031848
> 5341 W. Atlantic Ave, #303
> Delray Beach, FL 33484
> Telephone:  (561) 455-0280
> Facsimile:         (561) 455-0281
> Email:              ntygar@me.com

## LOCAL RULE 3.01(g) CERTIFICATION

As set forth above, the undersigned counsel certifies, pursuant to Local Rule 3.01(g), that Plaintiff's counsel Ian Tygar contacted Defendant's counsel Dean Kent via email on September 24, 2024 in a good-faith effort to address and resolve the issues raised by this Motion, but Defendant did not consent to the relief requested in the Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of September, 2024, the foregoing document electronically filed and served upon all counsel of record via notice delivered by this Court's ECF System.

>/s/ Ian Tygar         .
> Ian Tygar, Esq.