IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| AARON ALLEN | ) | |
| | ) | |
| Plaintiff | ) | Case No. 8:23-cv-00806-KKM-AEP |
| | ) | |
| vs. | ) | |
| | ) | |
| RELIAQUEST, LLC, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## ORDER

AND NOW, this _____ day of _____, 201___, the Court, after consideration of the Plaintiff's Motion For Leave To File Reply To Defendant's Response To Plaintiff's Motion To Strike, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED;

2. Defendant shall have fourteen (14) days from the date of this Order to file a reply to Defendant's Response to Plaintiff's Motion to Strike (Doc. 53), that shall not exceed seven (7) pages in length.

                                                      BY THE COURT:

                                                      _____
                                                      Kathryn Kimball Mizelle
                                                      UNITED STATES DISTRICT JUDGE