IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| AARON ALLEN | ) |
| | ) |
| Plaintiff | ) Case No. 8:23-cv-806 |
| | ) |
| vs. | ) |
| | ) |
| RELIAQUEST, LLC. | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

### DECLARATION OF AARON ALLEN

I Aaron Allen hereby declare as follows:

1. My name is Aaron Allen.

2. I am the Plaintiff in the above action.

3. I have personal knowledge regarding the allegations in the complaint and in this Declaration and could and would testify if needed.

4. On October 13, 2024, Plaintiff's First Request for Production was propounded on the Defendant.

5. On October 14, 2024, Plaintiff's First Request for Interrogatories was propounded on the Defendant.

6. Defendant responses to the discovery have not yet been received.

7. Unless and until the Affiant receives and reviews the Defendant's responses to the discovery, Affiant cannot fully present facts essential to justify his opposition to Defendant's Motion for Summary Judgment.

Under penalties of perjury, I declare that I have read the foregoing and the facts stated in it are true.

Executed on this \_\_\_\_\_6th\_\_\_\_\_ day of November, 2024.

                                                    */s/ Aaron R. Allen*
                                                    Aaron Allen