# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CASE NO.: 23-CIV-00806-KKM/AEP

AARON ALLEN,

    Plaintiff,

v.

RELIAQUEST, LLC,

    Defendant.

_____/

## MEDIATOR'S REPORT

The parties held a mediation conference on November 12, 2024, at 10:00 a.m., and the results of that conference are indicated below:

**Attendance:**  Plaintiff and his attorney appeared. Defendant and its attorneys appeared. The mediation proceeded via Zoom.

**Outcome:**  No agreement was reached; IMPASSE.

Dated this 12th day of November 2024

Respectfully submitted,
Neil Flaxman, Esq.
Florida Supreme Court Certified Circuit &
Appellate Mediator
L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
L.R. 4.02 Certified Dist. Ct. Mediator (M.D. Fla.)
Brickell City Tower, Suite 3100
80 Southwest 8th Street
Miami, Florida 33130
Tel: 305-810-2786
E-mail: neil@flaxmanmediations.com

By:   *s/ Neil Flaxman*
      Neil Flaxman, Esq.
      Fla. Bar No. 025299