# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

AARON ALLEN,

    Plaintiff,

v.                                     Case No. 8:23-cv-00806-KKM-AEP

RELIAQUEST, LLC,

    Defendant.

_____

## MOTION TO WITHDRAW AS COUNSEL

Ian Tygar, Esq. and the law office of Neil Bryan Tygar, P.A. counsel for Plaintiff Aaron Allen ("Plaintiff's counsel") all with Neil Bryan Tygar, P.A. hereby move the Court, pursuant to Rule 2.02(c), Local Rules, Middle District of Florida, for an order permitting Plaintiff's counsel to withdraw as counsel of record for Plaintiff in this action. As grounds for this Motion, counsel states:

1. Ian Tygar, Esq. has appeared as counsel for Plaintiff, Aaron Allen.
2. The demands upon Plaintiff's counsel make it impractical to remain counsel for Mr. Allen as the parties have reached irreconcilable differences in this matter, on a number of issues.
3. Plaintiff will not be prejudiced by Plaintiff's counsel withdrawing from this action.
4. In accordance with Local Rule 2.02(c), Plaintiff has had fourteen (14) days'

notice of the Plaintiff's counsels' intention to withdraw prior to the filing of this Motion.

5. The last known address, email address and telephone number of the Plaintiff is:

Aaron Allen

933 Branch Court #122
Grovetown, AL 30813
United States
ineedalawyer@sudomail.com
(786) 292-51

**Local Rule 3.10(g) Certification**

Ian Michael Tygar, Esq. conferred with counsel for defendant in a good faith effort to resolve the issues raised by this Motion. The defendant's counsel objects to the motion.

| | |
|---|---|
| Dated this 1 of December 2024. | Respectfully Submitted, |
| | */s/ Ian M. Tygar* |
| | Ian Tygar |
| | Executive Square Plaza |
| | 5341 West Atlantic Avenue, Suite 303 |
| | Delray Beach, FL 33484 |
| | 561-455-0280 Phone |
| | 561-305-6510 Cellular Phone |
| | 561-455-0281 Fax |
| | Florida Bar No. 1031848 |
| | **Primary E-Mail Address: itygar@icloud.com** |
| | **Secondary E-Mail neiltygarlaw@gmail.com** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 1, 2024, a copy of the foregoing Motion to Withdraw as Plaintiff's Counsel has been furnished via CM/ECF on all counsel of record.

*/s/ Ian M. Tygar*
Attorney