**From:** Neil Tygar ntygar@me.com
**Subject:** Fwd: SERVICE OF COURT DOCUMENT: AARON ALLEN V. RELIAQUEST, LLC 8:23-cv-00806-KKM-MEP
**Date:** December 5, 2024 at 12:46 PM
**To:** Ian Tygar itygar@icloud.com



Neil Bryan Tygar, B.A., J.D. LL.M, RPD
FL, NY, and DC Bars
Neil Bryan Tygar P.A.
5341 West Atlantic Ave #303
Delray Beach, FL 33484
561-455-0280 Phone
561-455-0281 Fax
561-305-5214 Cellular
Email: ntygar@me.com
Zelle Payments 5613055214

Begin forwarded message:

**From:** Neil Tygar <ntygar@me.com>
**Subject: Re: SERVICE OF COURT DOCUMENT: AARON ALLEN V. RELIAQUEST, LLC 8:23-cv-00806-KKM-MEP**
**Date:** November 18, 2024 at 10:21:44 AM EST
**To:** "Dean A. Kent" <DKent@trenam.com>

Please advise status of the production and your proposed mutually agreeable time and place

Neil Bryan Tygar, B.A., J.D. LL.M, RPD
FL, NY, and DC Bars
Neil Bryan Tygar P.A.
5341 West Atlantic Ave #303
Delray Beach, FL 33484
561-455-0280 Phone
561-455-0281 Fax
561-305-5214 Cellular
Email: ntygar@me.com
Zelle Payments 5613055214

On Nov 13, 2024, at 1:46 PM, Dean A. Kent <DKent@trenam.com> wrote:

Per the response, General Response no. 4, we will produce at a mutually agreeable time and place – not with the production response.

We are compiling the responsive documents currently and can likely send you a link/access to the documents after internal review for privilege etc…

**DEAN A. KENT | SHAREHOLDER**
Dir: 813-227-7423 | Cell: 813-785-8917 | Fax: 813-227-0423 | email | vcard | bio

101 East Kennedy Boulevard, Suite 2700, Tampa, FL 33602
Main: 813-223-7474 | www.trenam.com

WIRE FRAUD ADVISORY: Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Trenam Law containing wire transfer instructions, please call Trenam Law using previously known contact information and NOT information provided in the email, to verify the information contained in the wire transfer instructions prior to wiring funds

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, or by telephone at the direct dial number above and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

**From:** Jennifer M. Straw <JStraw@trenam.com>
**Sent:** Wednesday, November 13, 2024 8:29 AM
**To:** Dean A. Kent <DKent@trenam.com>
**Subject:** Fw: SERVICE OF COURT DOCUMENT: AARON ALLEN V. RELIAQUEST, LLC 8:23-cv-00806-KKM-MEP

FYI

**From:** Neil Tygar <ntygar@me.com>
**Sent:** Wednesday, November 13, 2024 8:10 AM
**To:** Jennifer M. Straw <JStraw@trenam.com>
**Subject:** Re: SERVICE OF COURT DOCUMENT: AARON ALLEN V. RELIAQUEST, LLC 8:23-cv-00806-KKM-MEP

<0.png>

The production was not attached, please advise when and how oyu will be forwarding it.

Thank you

Neil Bryan Tygar, B.A., J.D. LL.M. RPD
FL, NY, and DC Bars
Neil Bryan Tygar P.A.
5341 West Atlantic Ave #303
Delray Beach, FL 33484
561-455-0280 Phone
561-455-0281 Fax
561-305-5214 Cellular
Email: ntygar@me.com
Zelle Payments 5613055214

On Nov 12, 2024, at 7:53 PM, Jennifer M. Straw <JStraw@trenam.com> wrote:

| Court: | United State District Court for the Middle District of Florida Tampa Division |
|---|---|
| Case No.: | 8:23-CV-00806-KKM-MEP |
| Caption: | Aaron Allen v. Reliaquest, LLC |
| Document(s) Served: | Responses and Objections to Plaintiff's First Request for Production to Defendant Reliaquest, LLC |
| Sender's Name: | Dean A. Kent, FBN 307040 |
| Sender's Phone: | (813) 223-7474 |

**JENNIFER M. STRAW**
Legal Assistant to Monica B. Mason, Esq., Patrick M. Causey, Esq., Gregory R. Haney, Esq., Lynn Sherman, Esq., and Tanya Yatsco, Paralegal

Dir: 727-824-6104 | Fax: 727-822-8048 | email | vcard

<image002.png><image003.png>
<image004.png>

200 Central Avenue, Suite 1600, St. Petersburg, FL 33701
Main: 727-896-7171 | www.trenam.com

WIRE FRAUD ADVISOR : Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Trenam Law containing wire transfer instructions, please call Trenam Law using previously known contact information and NOT information provided in the email, to verify the information contained in the wire transfer instructions prior to wiring funds.

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, or by telephone at the direct dial number above, and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

<Responses and Objections to Plaintiff's First Request for Production to Defendant Reliaquest, LLC.pdf>



**From:** Ian Tygar itygar@icloud.com
**Subject:** Re: Overdue Discovery Responses//Aaron Allen & ReliaQuest, LLC
**Date:** December 4, 2024 at 10:27 AM
**To:** Dean A. Kent DKent@trenam.com
**Cc:** Ashley M. Chrisman AChrisman@trenam.com, Neil Tygar ntygar@icloud.com

We would be willing to accept the documents immediately, as you indicated in your responses served on November 12 that they were attached. Alternatively, we are prepared to consent to a 30-day extension of the discovery deadline to avoid prejudicing our client.

On Dec 4, 2024, at 8:51 AM, Dean A. Kent <DKent@trenam.com> wrote:

We disagree that anything is overdue, but we can relay that we are in the process of reviewing the responsive documents internally for production and expect to have documents available to you by the end of this week.



**DEAN A. KENT | SHAREHOLDER**
Dir: 813-227-7423  | Cell: 813-785-8917  | Fax: 813-227-0423  | email | vcard | bio



101 East Kennedy Boulevard, Suite 2700, Tampa, FL 33602
Main: 813-223-7474 | www.trenam.com

WIRE FRAUD ADVISORY: Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Trenam Law containing wire transfer instructions, please call Trenam Law using previously known contact information and NOT information provided in the email, to verify the information contained in the wire transfer instructions prior to wiring funds.

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, or by telephone at the direct dial number above and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

**From:** Ian Tygar <itygar@icloud.com>
**Sent:** Tuesday, December 3, 2024 8:37 PM
**To:** Dean A. Kent <DKent@trenam.com>
**Cc:** Ashley M. Chrisman <AChrisman@trenam.com>
**Subject:** Overdue Discovery Responses//Aaron Allen & ReliaQuest, LLC

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you know the content is safe.

I am following up regarding the discovery responses served on November 12. In those responses, you indicated that you would produce responsive documents; however, to date, no documents have been provided.

Please provide the documents you committed to producing immediately, as more than 20 days have passed since your response to Plaintiff's 1st Request for Production.

From: Jennifer M. Straw JStraw@trenam.com
Subject: SERVICE OF COURT DOCUMENT; AARON ALLEN V. RELIAQUEST, LLC 8:23-cv-00806-KKM-MEP
Date: November 12, 2024 at 7:53 PM
To: itygar@icloud.com, ntygar@me.com
Cc: Ashley M. Chrisman AChrisman@trenam.com, Dean A. Kent DKent@trenam.com



| Court: | United State District Court for the Middle District of Florida Tampa Division |
| --- | --- |
| Case No.: | 8:23-CV-00806-KKM-MEP |
| Caption: | Aaron Allen v. Reliaquest, LLC |
| Document(s) Served: | Responses and Objections to Plaintiff's First Request for Production to Defendant Reliaquest, LLC |
| Sender's Name: | Dean A. Kent, FBN 307040 |
| Sender's Phone: | (813) 223-7474 |



**JENNIFER M. STRAW**

Legal Assistant to Monica B. Mason, Esq., Patrick M. Causey, Esq., Gregory R. Haney, Esq., Lynn Sherman, Esq., and Tanya Yatsco, Paralegal

Dir: 727-824-6104 | Fax: 727-822-8048 | email | vcard
200 Central Avenue, Suite 1600, St. Petersburg, FL 33701
Main: 727-896-7171 | www.trenam.com

WIRE FRAUD ADVISORY: Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Trenam Law containing wire transfer instructions, please call Trenam Law using previously known contact information and NOT information provided in the email, to verify the information contained in the wire transfer instructions prior to wiring funds.

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, or by telephone at the direct dial number above and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

