## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**AARON ALLEN,**

    Plaintiff,

                              CASE NO.: 8:23-cv-00806-KKM-MEP

v.

**RELIAQUEST, LLC,**

    Defendant.

_____/

## **SUPPLEMENT TO TIME-SENSITIVE MOTION TO QUASH SUBPOENA**

## **LOCAL RULE 3.01(g) CERTIFICATION**

    The undersigned counsel has called Defendant's lead counsel, Dean Kent, for three consecutive days in an effort to resolve the Time-Sensitive Motion to Quash Subpoena (Doc. 65) with no success.

Dated this 9th day of December 2024.

                                                      Respectfully submitted,

                                                      */s/ Steven G. Wenzel*
                                                     **STEVEN G. WENZEL**
                                                     Florida Bar No. 159055
                                                     Wenzel Fenton Cabassa P.A.
                                                     1110 N. Florida Avenue, Suite 300
                                                     Tampa, Florida 33602
                                                     Direct No.: 813-223-6545
                                                     Facsimile No.: 813-229-8712
                                                     Email: swenzel@wfclaw.com
                                                     Email: rcooke@wfclaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of December 2024, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system which will furnish a copy to counsel of record.

*/s/ Steven G. Wenzel*
**STEVEN G. WENZEL**
