# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AARON ALLEN,

    Plaintiff,

v.                                        Case No.: 23-cv-00806-KKM-

MEP RELIAQUEST, LLC.

    Defendant.
_____/

## NOTICE OF WITHDRAWING MOTION [ECF 67}

COMES NOW Plaintiff, and files this notice of withdrawing motion [ECF. 67]. without prejudice to refile after the summary judgment ruling, pursuant to agreement with defense counsel.

Dated this 9th day of December 2024                      Respectfully Submitted,

                                                    Neil Bryan Tygar, P.A.
                                                    Attorneys for Plaintiff
                                                    By: /s/ Ian Tygar
                                                    Ian Tygar
                                                    Executive Square Plaza
                                                    5341 West Atlantic Avenue, Suite 303
                                                    Delray Beach, FL 33484
                                                    561-455-0280 Phone
                                                    561-305-5214 Cellular Phone
                                                    561-455-0281 Fax
                                                    Florida Bar No. 1031848
                                                    **Primary E-Mail itygar@icloud.com**
                                                    **Secondary E-Mail neiltygarlaw@gmail.com**

# LOCAL RULE 3.01(g) CERTIFICATION

As discussed above, the undersigned counsel for ALLEN certifies, pursuant to Local Rule 3.01(g), that Plaintiff and Defense counsel has conferred and the above is pursuant to the agreement reached by phone this morning and confirmed via email today.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of December 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

> Neil Bryan Tygar, P.A.
> Attorneys for Plaintiff
> By: /s/ Ian Tygar
> Ian Tygar
> Executive Square Plaza
> 5341 West Atlantic Avenue, Suite 303
> Delray Beach, FL 33484
> 561-455-0280 Phone
> 561-305-5214 Cellular Phone
> 561-455-0281 Fax
> Florida Bar No. 1031848
> **Primary E-Mail itygar@icloud.com**
> **Secondary E-Mail neiltygarlaw@gmail.com**