UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON ALLEN,

    Plaintiff/Counter Defendant,

v.                                  Case No.: 23-cv-00806-KKM-MEP

RELIAQUEST, LLC.

    Defendant/Counterclaimant.
_____/

**NOTICE REGARDING MEDIATION AFTER ENTRY OF COURT'S ORDER GRANTING SUMMARY JUDGMENT TO DEFENDANT ON ALL COUNTS OF THE AMENDED COMPLAINT (Doc. 77) AND NOTICE OF DEFAULT ON AMENDED COUNTERCLAIMS (Doc. 48)**

ReliaQuest, LLC ("ReliaQuest"), pursuant to the Court's May 1, 2025, Order (Doc. 77), after a discussion with Plaintiff/Counterclaim Defendant, Aaron Allen, via a Teams video call on May 8, 2025, hereby indicates that the parties are amenable to a further mediation to address the remaining issues in the litigation prior to proceeding to trial.[1]

Further, ReliaQuest provides notice that Mr. Allen is currently in default, under Fed. R. Civ. P. 12(a)(4)(A), because he has, to date, not filed a responsive pleading to the Amended Complaint (Doc. 48) after the Court's entry of an Order on

---

[1] In such May 8, 2025, video call, counsel for ReliaQuest indicated it would file a notice on behalf of both parties, but that Mr. Allen was also welcome to file an additional notice with the Court if he so desired.

April 17, 2025 (Doc. 76), denying Mr. Allen's Motion to Dismiss and Motion Strike (Docs. 50, 51).

Dated: May 8, 2025.

        Respectfully submitted,

        */s/ Dean A. Kent*
        Dean A. Kent
        Florida Bar No. 307040
        Email: dak@trenam.com/ ac@trenam.com
        Richard Hanchett
        Florida Bar No. 709212
        rhanchett@trenam.com/ ac@trenam.com
        **TRENAM LAW**
        101 East Kennedy Blvd., Suite 2700
        Tampa, Florida 33602-5150
        Tel: (813) 223-7474
        Fax: (813) 229-6553

        Steven J. Pacini (*pro hac vice*)
        **Latham & Watkins LLP**
        200 Clarendon Street, 27th Floor
        Boston, Massachusetts 02116
        Tel: (617) 948-6000
        Fax: (617) 948-6001
        Email: steven.pacini@lw.com
        *Attorneys for ReliaQuest, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the Notice Regarding Mediation After Entry of Court's Order Granting Summary Judgment to Defendant on all Counts of the Amended Complaint (Doc. 77) and Notice of Default On Amended Counterclaims (Doc. 48 has been furnished to Mr. Allen, *pro se*, via email and CM/ECF.

*/s /Dean A. Kent*
Attorney
