# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:23-cv-806-KKM-AEP | **DATE:** July 1, 2025 |
| **HONORABLE ANTHONY E. PORCELLI** | **COURTROOM:** 10A |
| AARON ALLEN,<br><br>        Plaintiff,<br>v.<br><br>RELIAQUEST, LLC,<br><br>        Defendant. | **PLAINTIFF'S COUNSEL**<br>Matt Farmer |
| | **DEFENSE COUNSEL**<br>Dean Kent<br><br>Steven Wenzel for third party custodian Wenzel Fenton Cabassa |
| **COURT REPORTER:** DIGITAL | **DEPUTY CLERK:** Lynne Vito |
| **TIME:** 2:38 to 2:49 | **TOTAL: 11** minutes |

**PROCEEDINGS: STATUS CONFERENCE – VIA ZOOM**

**Re: outstanding motion for default motion.**

**Oral argument heard.**

**Clerk's default was timely filed.**

**Upon the parties request the mediation will occur before a Magistrate Judge and must be completed within the next 30 days. If the case is not settled, defense counsel will notify the court (via notice in CMECF), and the court will schedule a Zoom hearing regarding the delay.**

**Counsel is to coordinate with Judge Wilson's chambers for the scheduling of the mediation.**