IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON ALLEN,

    Plaintiff/Counter-Defendant,

v.                            CASE NO. 8:23-cv-806-KKM-AEP

RELIAQUEST, LLC,

    Defendant/Counterclaimant.
_____/

**PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO PERMIT REMOTE ATTENDANCE AT SETTLEMENT CONFERENCE OR, ALTERNATIVELY, MOTION FOR ONE-WEEK CONTINUANCE**

The Plaintiff/Counter-Defendant, Aaron Allen, through his undersigned counsel, hereby moves for leave to allow him to attend the July 21, 2025, settlement conference remotely or, alternatively, to continue the settlement conference for one week, this Court's schedule permitting.

MEMORANDUM OF LAW

Allen relies on Local Rule 3.08(a). As grounds for this motion, Allen states that an unavoidable employment commitment will prevent his personal appearance at the July 21, 2025, settlement conference. Allen is currently employed as a software engineer in the Washington, DC area.

His employer is a federal contractor providing essential services to federal government agencies. During the week of July 21-25, 2025, Allen has been assigned to provide engineering services to multiple clients in the greater Pittsburgh, Pennsylvania area. Travel to Tampa, attendance in court, and return travel related to the July 21, 2025, settlement conference will create a significant hardship for Allen, his employer, and his employer's federal clients.

However, with leave of Court, Allen can make arrangements to attend the settlement conference remotely beginning at 2:00 p.m. on July 21, 2025. Alternatively, professional commitments will not prevent his personal presence at a settlement conference if continued for one week.

WHEREFORE, Allen moves for leave to attend the settlement conference remotely, or alternatively, to continue the conference for one week.

> Respectfully submitted,
>
> FARMER & FITZGERALD, P.A.
>
> /s/ *Matthew Farmer*
> Matthew P. Farmer, Esq.
> Fla. Bar No. 0793469
> 800 W. De Leon St.
> Tampa, FL 33606
> (813) 228-0095
> FAX (813) 224-0269
> MattFarmer1@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 14th day of July, 2025:

Dean Kent, Esq.
dkent@trenam.com

Richard Hanchett, Esq.
rhanchett@trenam.com

Steven Pacini, Esq.
Steven.pacini@lw.com

*/s/ Matthew Farmer*
COUNSEL