IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON ALLEN,

    Plaintiff/Counter-Defendant,

v.                                          CASE NO. 8:23-cv-806-KKM-AEP

RELIAQUEST, LLC,

    Defendant/Counterclaimant.
_____/

**PLAINTIFF/COUNTER-DEFENDANT'S AMENDED,
UNOPPOSED MOTION TO CONTINUE SETTLEMENT
CONFERENCE FOR A PERIOD NOT TO EXCEED 30 DAYS**

The Plaintiff/Counter-Defendant, Aaron Allen, through his undersigned counsel, hereby moves to continue the settlement conference, currently scheduled before the Hon. Thomas Wilson, United States Magistrate Judge, on July 21, 2025, at 2:00 p.m., for a period not exceeding 30 days, Judge Wilson's calendar permitting.

MEMORANDUM OF LAW

Allen relies on Local Rule 3.08(a). As grounds for this motion, Allen states that a brief continuance will allow all parties, and other interested parties whose presence can prove instrumental to a successful settlement

conference, sufficient time to resolve scheduling conflicts and ensure their personal appearance.

Local Rule 3.01(g)(2) Certification

I certify that I have conferred with Dean Kent, Esq., counsel for the opposing party, and state that the parties agree on the resolution of all of the motion.

WHEREFORE, Aaron Allen moves to continue the settlement conference for a period not to exceed 30 days.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

/s/ *Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469
800 W. De Leon St.
Tampa, FL  33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 16th day of July, 2025:

Dean Kent, Esq.
dkent@trenam.com

Richard Hanchett, Esq.
rhanchett@trenam.com

Steven Pacini, Esq.
Steven.pacini@lw.com

/s/ *Matthew Farmer*
Counsel