UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON ALLEN,
Plaintiff/Counter-Defendant,

v.                                                        Case No. 8:23-cv-806-KKM-AEP

RELIAQUEST, LLC,
Defendant/Counterclaimant.
_____/

ORDER

THIS CAUSE came on for consideration upon the Plaintiff/Counter-Defendant's Renewed, Unopposed Motion to Continue Settlement Conference (Doc. 92). The plaintiff is directed to contact Magistrate Judge Wilson's chambers to reschedule the arbitration if the matter is not settled.

It is, upon consideration,

ORDERED:

That Plaintiff/Counter-Defendant's Renewed, Unopposed Motion to Continue Settlement Conference (Doc. 92) is **GRANTED**.

DONE and ORDERED at Tampa, Florida, this 29th day of July, 2025.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE