**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AARON ALLEN,

Plaintiff/Counter Defendant,

v. Case No.: 23-cv-00806-KKM-MEP

RELIAQUEST, LLC.

Defendant/Counterclaimant.
_______________________________/

**RELIAQUEST, LLC'S NOTICE REGARDING SETTLEMENT CONFERENCE**

ReliaQuest, LLC ("ReliaQuest"), pursuant to the Court's November 3, 2025, Order (Doc. 95) and after communications with counsel for Plaintiff/Counterclaim Defendant, hereby provides notice that ReliaQuest is amenable to a further settlement conference to address the remaining issues prior to proceeding to trial with such proposed and available dates for such proposed settlement conference being on either:

**December 10, 2025**, as its preferred date; and,

**December 5, 2025**, as a secondary date of availability.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the forgoing ReliaQuest, LLC's Notice Regarding Settlement Conference has been furnished to all counsel of record via CM/ECF on November 6, 2025.

Respectfully submitted,

*/s/ Dean A. Kent*

Dean A. Kent
Florida Bar No. 307040
Email: dak@trenam.com/ ac@trenam.com
Richard Hanchett
Florida Bar No. 709212
rhanchett@trenam.com/ ac@trenam.com
**TRENAM LAW**
101 East Kennedy Blvd., Suite 2700
Tampa, Florida 33602-5150
Tel: (813) 223-7474
Fax: (813) 229-6553

Steven J. Pacini (*pro hac vice*)
**Latham & Watkins LLP**
200 Clarendon Street, 27th Floor
Boston, Massachusetts 02116
Tel: (617) 948-6000
Fax: (617) 948-6001
Email: steven.pacini@lw.com
*Attorneys for ReliaQuest, LLC*