**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AARON ALLEN,

Plaintiff/Counter-Defendant,

v. CASE NO. 8:23-cv-806-KKM-AEP

RELIAQUEST, LLC,

Defendant/Counterclaimant.
_______________________________________/

**PLAINTIFF/COUNTER-DEFENDANT AARON ALLEN'S**
**NOTICE REGARDING SETTLEMENT CONFERENCE**

Aaron Allen, the Plaintiff/Counter-Defendant, through his undersigned counsel, hereby responds to this Court's Order (Doc. 95).

Allen welcomes the opportunity to participate in a mediation with the Magistrate Judge. He is also available on December 10, 2025, which is ReliaQuest's preferred date. *See* (Doc. 96).

Respectfully submitted,

FARMER & FITZGERALD, P.A.

*/s/ Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469
800 W. De Leon St.
Tampa, FL 33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 6th day of November, 2025:

Dean Kent, Esq.
dkent@trenam.com

Richard Hanchett, Esq.
rhanchett@trenam.com

Steven Pacini, Esq.
Steven.pacini@lw.com

*/s/ Matthew Farmer*
Counsel