UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON ALLEN,

Plaintiff,

v. Case No. 8:23-cv-806-KKM-AEP

RELIAQUEST, LLC,

Defendant.
_____________________________________/

**ORDER SCHEDULING MEDIATION**

This matter has been referred for mediation (Doc. 95). Accordingly, it is hereby ORDERED:

1. **Conduct of Mediation:** The mediation shall be conducted in accordance with Rule Four of the Local Rules of the United States District Court for the Middle District of Florida.[1]

2. **Scheduling Mediation:** The parties are to meet in Courtroom 11B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, on **December 10, 2025, at 10:00 a.m.** Unless authorized by the Court to appear remotely, counsel and party representatives with full settlement authority must attend in person.

3. **General Rules Governing the Mediation:** The expectations of parties during the mediation process and the governing guidelines are defined in greater detail

[1] A copy of the Local Rules for the Middle District of Florida may be found on the Court's website at https://www.flmd.uscourts.gov/local-rules.

in Rule Four of this District's Local Rules. The following additional guidelines are also imposed upon the process:

a. **<u>Case Summaries</u>:** By **<u>noon on December 8, 2025</u>,** each party shall hand deliver, mail (Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 11B, Tampa, FL 33602), or e-mail (chambers_flmd_flynn@flmd.uscourts.gov) a brief written summary of the key facts and issues, including the minimum and maximum amounts of damages, of the case, and the last rejected offer (if any). These summaries are for the undersigned's benefit only, are confidential, and will not be incorporated into the public records of this case and should not be provided to opposing counsel.

b. **<u>Mediation Process</u>:** To begin the mediation, the Court will conduct an initial joint conference with the parties, and each party, if so desired, may make opening remarks about the case. The Court will then proceed to private caucuses with counsel and the individual parties. The Court will conduct as many joint conferences and private caucuses as deemed necessary to stimulate negotiations and keep order.

c. **<u>Identification of Corporate and/or Claims Representatives</u>:** As part of the written case summaries, counsel for corporate parties and claims professionals shall state the name and general job description of the employee or agent of the corporation who will attend and participate on behalf of the corporate party.

d. **<u>Authority to Declare Impasse</u>:** Although the average mediation usually takes between 3-5 hours, participants shall be prepared to spend as much time as necessary to settle the case, or until an impasse is declared.

**ORDERED** in Tampa, Florida, on November 13, 2025.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE