**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AARON ALLEN,

Plaintiff/Counter-Defendant,

v. CASE NO. 8:23-cv-806-KKM-AEP

RELIAQUEST, LLC,

Defendant/Counterclaimant.
_______________________________________/

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF/COUNTER-DEFENDANT**

The undersigned attorney, Timothy Fitzgerald, hereby enters his notice of appearance on behalf of the plaintiff/counter-defendant, Aaron Allen.

The undersigned counsel requests that all orders, pleadings, and correspondence be served upon him at the address listed below.

WHEREFORE, the undersigned counsel enters his appearance for Aaron Allen.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

/s/ *Timothy J. Fitzgerald*
Timothy Fitzgerald, Esq.
Fla. Bar No. 0780618
800 W. De Leon St.
Tampa, FL 33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 4th day of December, 2025:

Dean Kent, Esq.
dkent@trenam.com

Richard Hanchett, Esq.
rhanchett@trenam.com

Steven Pacini, Esq.
Steven.pacini@lw.com

/s/ *Timothy J. Fitzgerald*
COUNSEL