**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AARON ALLEN,

Plaintiff/Counter-Defendant,

v. CASE NO. 8:23-cv-806-KKM-AEP

RELIAQUEST, LLC,

Defendant/Counterclaimant.
_______________________________________/

**PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO PERMIT REMOTE ATTENDANCE AT MEDIATION**

The Plaintiff/Counter-Defendant, Aaron Allen, through his undersigned counsel, hereby moves for leave to allow him to attend the December 10, 2025, mediation remotely.

The mediation will be conducted by the Hon. Sean Flynn, United States Magistrate Judge, whose chambers will be served with a copy of this motion.

MEMORANDUM OF LAW

Allen relies on Local Rule 3.08(a). As grounds for this motion, Allen states that an unavoidable employment commitment will prevent his personal appearance at the December 10, 2025, mediation. Allen is

currently employed as a software engineer in the Washington, DC area. His employer is a federal contractor providing essential services to federal government agencies. During the week of December 8, 2025, Allen has been assigned to provide software engineering services during a critical process called ATO (Authorization to Operate) for his program. His physical presence for necessary troubleshooting is critical. Travel to Tampa, attendance at the mediation, and return travel related to the December 10, 2025, mediation will create a significant hardship for Allen, his employer, and his employer's federal clients.

However, with leave of Court, Allen can make arrangements to attend the mediation remotely beginning at 10:00 a.m. on December 10, 2025.

WHEREFORE, Allen moves for leave to attend the settlement conference remotely.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

*/s/ Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469
*/s/ Timothy Fitzgerald*
Timothy Fitzgerald, Esq.
Fla. Bar 0780618

800 W. De Leon St.
Tampa, FL 33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 5th day of December, 2025:

Dean Kent, Esq.
dkent@trenam.com

Richard Hanchett, Esq.
rhanchett@trenam.com

Steven Pacini, Esq.
Steven.pacini@lw.com

*/s/ Matthew Farmer*
COUNSEL