**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AARON ALLEN,

Plaintiff/Counter Defendant,

v. Case No.: 23-cv-00806-KKM-MEP

RELIAQUEST, LLC.

Defendant/Counterclaimant.
_________________________________ /

**RELIAQUEST, LLC'S NOTICE REGARDING**
**STATUS CONFERENCE/ MEDIATION (Doc. 102)**

ReliaQuest, LLC ("ReliaQuest"), pursuant to the Court's December 10, 2025 Status Conference Order (Doc. 102) and after conferring with counsel for Counterclaim Defendant, hereby provides notice that at this time ReliaQuest is **NOT** amenable to further settlement efforts to mediate this case with this Court's assistance.

ReliaQuest shall await this Court's ruling on the pending issues presented by Mr. Allen's default in responding to the Amended Counterclaims and potential default sanction for non-attendance at the December 10, 2025, Court ordered mediation and associated Order To Show Cause (Doc. 103).

Going forward, ReliaQuest shall be seeking sanctions from the Court in the form of its attorneys' fees incurred for Mr. Allen's non-attendance at the Court Ordered mediation on December 10, 2025.

Further, if necessary after the Court's ruling on the pending default issues presented by the default and Order To Show Cause, ReliaQuest shall proceed with filing a motion for summary judgment on its Amended Counterclaims, to establish the amount of its damages, and/or proceed with trial on its affirmative claims.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the forgoing ReliaQuest, LLC's Notice Regarding Status Conference/Mediation has been furnished to all counsel of record via CM/ECF on December 17, 2025.

Respectfully submitted,

*/s/ Dean A. Kent*

Dean A. Kent
Florida Bar No. 307040
Email: dak@trenam.com/ ac@trenam.com
Richard Hanchett
Florida Bar No. 709212
rhanchett@trenam.com/ ac@trenam.com
**TRENAM LAW**
101 East Kennedy Blvd., Suite 2700
Tampa, Florida 33602-5150
Tel: (813) 223-7474
Fax: (813) 229-6553

Steven J. Pacini (*pro hac vice*)
**Latham & Watkins LLP**
200 Clarendon Street, 27th Floor

Boston, Massachusetts 02116
Tel: (617) 948-6000
Fax: (617) 948-6001
Email: steven.pacini@lw.com
*Attorneys for ReliaQuest, LLC*