**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AARON ALLEN,

Plaintiff/Counter-Defendant,

v. CASE NO. 8:23-cv-806-KKM-AEP

RELIAQUEST, LLC,

Defendant/Counterclaimant.
________________________________________/

**PLAINTIFF/COUNTER-DEFENDANT'S**
**NOTICE REGARDING MEDIATION**

The Plaintiff/Counter-Defendant, Aaron Allen, through his undersigned counsel, hereby responds to this Court's Order to confer with the Defendant/Counterclaimant, ReliaQuest, LLC, regarding the resumption of efforts to mediate this case. (Doc. 102).

Allen and ReliaQuest, through counsel, conferred for this purpose on December 16 and 17, 2025. Allen is amenable to the resumption of efforts to mediate this case with this Court's assistance.

WHEREFORE, Allen provides notice of his compliance with this Court's instructions.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

*/s/ Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469

*/s/ Timothy Fitzgerald*
Timothy Fitzgerald, Esq.
Fla. Bar 0780618

800 W. De Leon St.
Tampa, FL 33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 17th day of December, 2025:

Dean Kent, Esq.
dkent@trenam.com

Richard Hanchett, Esq.
rhanchett@trenam.com

Steven Pacini, Esq.
Steven.pacini@lw.com

*/s/ Matthew Farmer*
COUNSEL