**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AARON ALLEN,

Plaintiff/Counter-Defendant,

v. CASE NO. 8:23-cv-806-KKM-AEP

RELIAQUEST, LLC,

Defendant/Counterclaimant.
_______________________________________/

**PLAINTIFF/COUNTER-DEFENDANT'S RESPONSE**
**TO "ORDER TO SHOW CAUSE" (DOC. 103)**

The Plaintiff/Counter-Defendant, Aaron Allen, through his undersigned counsel, hereby responds to this Court's "Order to Show Cause" why he should not be held in contempt or otherwise sanctioned for failing to appear at the December 10, 2025, mediation scheduled in this case. (Doc. 103 at 2).

Allen submits that this Court should not hold him in contempt or otherwise sanction him because his non-appearance was attributable to illness, which prevented his travel from his residence in the Washington, DC area to Tampa for the scheduled mediation. Exhibit 1 to this response, which is subject to a motion to file under seal and *ex parte*, is a pertinent

medical record. Allen purchased a round-trip airline ticket, see Exhibit 2, for travel to Tampa on December 9, 2025, with a return to the Washington, DC area on December 11, 2025.

Allen's non-appearance at the December 10, 2025, mediation was not willful, and he regrets the inconvenience for this Court and opposing parties. He urges this Court to forgo a finding of contempt and the imposition of sanctions.

WHEREFORE, Allen provides his response to this "Court's Order to Show Cause." (Doc. 103).

Respectfully submitted,

FARMER & FITZGERALD, P.A.

*/s/ Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469

*/s/ Timothy Fitzgerald*
Timothy Fitzgerald, Esq.
Fla. Bar 0780618

800 W. De Leon St.
Tampa, FL 33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 17th day of December, 2025:

Dean Kent, Esq.
dkent@trenam.com

Richard Hanchett, Esq.
rhanchett@trenam.com

Steven Pacini, Esq.
Steven.pacini@lw.com

/s/ *Matthew Farmer*
COUNSEL