Expedia

# Receipt

Expedia itinerary: 73322558621890

Purchase date: Dec 8, 2025

## Booking details

### Roundtrip flight

Baltimore (BWI) to Tampa (TPA)

Delta 1267

Economy / Coach (E)

Tampa (TPA) to Baltimore (BWI)

Delta 1812

Economy / Coach (E)

Depart: Dec 9, 2025

Return: Dec 11, 2025

**Traveler 1: Adult**

Aaron Richard Allen

Ticket Number: 0067387173564

## Payment details

**Flight (canceled)**

| | |
|---|---|
| Traveler 1: Adult | $387.32 |
| Taxes and fees | $79.05 |
| **Other** | |
| Flight Protection Plan | $36.70 |

| | |
|---|---|
| **Total** | **$503.07** |
| Paid | $503.07 |
| Refund | -$466.37 [Visa 8963] |