UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON ALLEN,

Plaintiff/Counterclaim Defendant,

v. Case No. 8:23-cv-00806-KKM-AEP

RELIAQUEST, LLC,

Defendant/Counterclaim Plaintiff.
___________________________________/

**ORDER**

This cause comes before the Court upon Counterclaim Plaintiff Reliaquest, LLC's Motion for Entry of Default and Judgment of Default on Liability on Amended Counterclaims (Doc. 80). Counterclaim Defendant Aaron Allen responded in opposition (Doc. 82). The Court held a hearing on the matter on January 14, 2026 (Doc. 114). For the reasons stated on the record at the hearing and further explained below, the motion (Doc. 80) is denied.

On August 16, 2024, Reliaquest filed its Answer and Amended Counterclaims (Doc. 48) against Mr. Allen. Mr. Allen moved to dismiss the counterclaims (Doc. 50), and the Court denied his motion on April 17, 2025 (Doc. 76). Accordingly, Mr. Allen's answer to the counterclaims became due on May 2, 2025. *See* Fed. R. Civ. P. 12(a)(4)(A). On June 4, 2025, Reliaquest filed the instant motion (Doc. 80), and Mr. Allen responded in opposition, also moving for an

extension of time to answer the counterclaims (Doc. 82). The Court delayed resolution of the motion pending the parties' participation in mediation.

At the hearing, the Court found good cause to allow Mr. Allen to respond to the counterclaims. The Court found that Reliaquest could not demonstrate it would be prejudiced by proceeding on the merits. Reliaquest requested sanctions for the time it spent preparing the instant motion and attending the hearing, which the Court took under advisement. While the Court is troubled by Mr. Allen's demonstrated gamesmanship and misconduct throughout the course of this litigation and believes sanctions are warranted, the Court finds that it lacks authority to impose sanctions at this time.[1]

Accordingly, it is hereby

ORDERED:

1. Counterclaim Plaintiff Reliaquest, LLC's Motion for Entry of Default and Judgment of Default on Liability on Amended Counterclaims (Doc. 80) is DENIED.
2. Mr. Allen is directed to file an answer to Reliaquest's counterclaims by January 20, 2026.

DONE AND ORDERED in Tampa, Florida, on this 14th day of January 2026.

---

[1] In the absence of a specific rule governing sanctions, the Court may use its inherent authority to regulate the actions before it. The Court has the authority to sanction litigants for bad-faith litigation conduct. *See Roadway Exp., Inc. v. Piper*, 447 U.S. 752, 765–66 (1980). While Mr. Allen's conduct is troubling, the Court does not find that it rises to the level of bad faith required to impose sanctions.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record