UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON ALLEN,

Plaintiff/Counter-Defendant,

v. Case No. 8:23-cv-806-KKM-AEP

RELIAQUEST, LLC,

Defendant/Counter-Plaintiff.
_______________________________/

**ORDER**

Before the Court is Defendant/Counter-Plaintiff Reliaquest, LLC's Notice of Expenses Incurred in Connection with Preparing for and Attending December 10, 2025, Mediation (Doc. 118), which the Court construes as a motion to approve an amount of expenses. Plaintiff/Counter-Defendant Aaron Allen responded in opposition. (Doc. 120). For the reasons set forth below, Reliaquest's request is granted in part and denied in part.

Following the request of the parties, the undersigned was scheduled to conduct a mediation with the parties on December 10, 2025. (Doc. 98). When the time came, Reliaquest and its counsel appeared at the mediation, but Allen did not. (Doc. 103). The Court directed Allen to show cause as to why he should not be held in contempt or otherwise sanctioned for his failure to appear. (*Id.*). Following consideration of Allen's response, the Court sanctioned Allen and directed him "to pay Reliaquest's reasonable expenses in traveling to and attending the December 10, 2025, mediation." (Doc. 112).

By way of its instant request, Reliaquest seeks the Court's approval of $5,887 in attorneys' fees "incurred in preparing for and attending the mediation." (Doc. 118). This includes 6.8 hours spent prior to December 10 preparing for the mediation and, on December

10, 2.3 hours spent traveling to and attending the mediation and 0.3 hours reviewing the Court's later show cause order. (*Id.* at 4). Allen argues that Reliaquest is not entitled to the expenses from outside of the mediation. (Doc. 120). The Court agrees.

The plain language of the Court's Order states that Allen is only responsible for those expenses incurred in traveling to and attending the mediation. Reliaquest is therefore entitled to 2.3 hours of attorney's fees from December 10, which amounts to $1,437.50.[1] Accordingly, Reliaquest's motion (Doc. 118) is granted in part in that Allen must reimburse Reliaquest $1,437.50 in expenses. The motion is otherwise denied.

**ORDERED** in Tampa, Florida, on February 13, 2026.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

[1] Reliaquest's attorney who attended mediation was Dean A. Kent. (*Id.* at 4). According to Mr. Kent's declaration, his hourly rate is $625 per hour. (*Id.* at 6). Thus, the 2.3 eligible hours multiplied by $625 equals $1,437.50.