**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AARON ALLEN,

Plaintiff/Counter Defendant,

v. Case No.: 23-cv-00806-KKM-MEP

RELIAQUEST, LLC.

Defendant/Counterclaimant.
_________________________________ /

# COUNSEL'S NOTICE OF CHANGE OF ADDRESS

Co-Counsel for Defendant/Counterclaimant, ReliaQuest, LLC ("ReliaQuest"), Steven J. Pacini, hereby gives notice of change of address to:

Steven J. Pacini
Pro Hac Vice Admitted
steven@pacinilaw.com
Pacini Law PLLC
5 Bellflower Street #3
Boston, MA 02125
Tel: (617) 600-8454

Dated: March 11, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the forgoing Counsel's Notice of Change of Address has been furnished to all counsel of record via CM/ECF on March 11, 2026.

Respectfully submitted,

*/s/ Dean A. Kent*

Dean A. Kent
Florida Bar No. 307040
Email: dak@trenam.com/ ac@trenam.com
Richard Hanchett
Florida Bar No. 709212
rhanchett@trenam.com/ ac@trenam.com
**TRENAM LAW**
101 East Kennedy Blvd., Suite 2700
Tampa, Florida 33602-5150
Tel: (813) 223-7474
Fax: (813) 229-6553

*/s/ Steven J. Pacini*

Steven J. Pacini (*pro hac vice*)
**Pacini Law PLLC**
5 Bellflower Street #3
Boston, MA 02125
Tel: (617) 600-8454
Email: steven@pacinilaw.com
*Attorneys for ReliaQuest, LLC*