APPEAL,CLOSED,MEDIATION,MOTREF,SL DOC,STAYED

# U.S. District Court
# Middle District of Florida (Tampa)
# CIVIL DOCKET FOR CASE #: 8:23−cv−00806−KKM−AEP

Allen v. Reliaquest, LLC
Assigned to: Judge Kathryn Kimball Mizelle
Referred to: Magistrate Judge Anthony E. Porcelli
Cause: 42:1981 Job Discrimination (Race)

Date Filed: 04/12/2023
Date Terminated: 03/18/2026
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Aaron Allen** represented by

**Ian Michael Tygar**
Neil Bryan Tygar, P.A
5341 W. Atlantic Ave
Suite 303
Delray Beach, FL 33483
561−305−6510
Email: itygar@icloud.com
*TERMINATED: 12/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew P. Farmer**
Farmer & Fitzgerald
800 W. De Leon St.
Tampa, FL 33606
813−228−0095
Email: mattfarmer1@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy James Fitzgerald**
Farmer and Fitzgerald, P.A.
800 West De Leon St.
Tampa, FL 33606
813−228−0095
Fax: 813−224−0269
Email: fflawpafedtjf@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Reliaquest, LLC** represented by

**Dean Adrian Kent**
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis,
Suite 2700
101 E Kennedy Blvd

Tampa, FL 33602
813/223−7474, ext 423
Fax: 813/229−6553
Email: dkent@trenam.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard M. Hanchett**
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis,
Suite 2700
101 E Kennedy Blvd
Tampa, FL 33602
813/223−7474
Fax: 813−229−6553
Email: rmhanchett@trenam.com
*ATTORNEY TO BE NOTICED*

**Steven J. Pacini**
Pacini Law PLLC
5 Bellflower Street
Suite 3
Boston, MA 02125
617−600−8454
Email: steven@pacinilaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mediator**

**Neil Flaxman**
*TERMINATED: 11/12/2024*

represented by **Neil Flaxman**
Neil Flaxman Professional
Suite 3100
80 SW 8th Street
Miami, FL 33130
305/810−2786
Fax: 305/810−2824
Email: neil@flaxmanmediations.com
*TERMINATED: 11/12/2024*

**Third Party Custodian**

**Wenzel Fenton Cabassa, P.A.**

represented by **Steven Greg Wenzel**
Wenzel Fenton Cabassa, PA
1110 N Florida Ave Ste 300
Tampa, FL 33602−3343
813−224−0431
Fax: 813−229−8712
Email: swenzel@wfclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Reliaquest, LLC** represented by **Dean Adrian Kent**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard M. Hanchett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven J. Pacini**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Aaron Allen** represented by **Aaron Allen**
933 Branch Court #122
Grovetown, AL 30813
Email: ineedalawyer@sudomail.com
PRO SE

**Ian Michael Tygar**
(See above for address)
*TERMINATED: 12/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew P. Farmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2026 | 131 | NOTICE OF APPEAL as to 129 Judgment by Aaron Allen. Filing fee $605, receipt number AFLMDC−24804224. ***Case Stayed. (Farmer, Matthew) (Entered: 04/17/2026) |
| 03/18/2026 | 130 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non−party must move for relief before the seal expires. (Signed by Deputy Clerk). (JTM) (Entered: 03/18/2026) |
| 03/18/2026 | 129 | **JUDGMENT in favor of Reliaquest, LLC against Aaron Allen. Signed by Deputy Clerk on 3/18/2026. (JTM)** (Entered: 03/18/2026) |
| 03/16/2026 | 128 | **ORDER: ReliaQuest's counterclaims are DISMISSED without prejudice. The Clerk is directed to ENTER JUDGMENT, which shall read: "Judgment is entered against Aaron Allen and in favor of ReliaQuest, LLC, on all claims in Allen's Complaint. ReliaQuest's counterclaims are DISMISSED without** |

| | | |
|---|---|---|
| | | **prejudice." The Clerk is further directed to TERMINATE any pending motions or deadlines and to CLOSE this case. Signed by Judge Kathryn Kimball Mizelle on 3/16/2026. (PBH)** (Entered: 03/16/2026) |
| 03/11/2026 | 127 | NOTICE of change of address by Dean Adrian Kent (Kent, Dean) (Entered: 03/11/2026) |
| 03/05/2026 | 126 | MEMORANDUM in support re 124 Order filed by Reliaquest, LLC. (Kent, Dean) (Entered: 03/05/2026) |
| 02/28/2026 | 125 | RESPONSE re 124 Order filed by Aaron Allen. (Farmer, Matthew) (Entered: 02/28/2026) |
| 02/26/2026 | 124 | **ENDORSED ORDER: No later than March 5, 2026, and in a brief no longer than ten pages, each party may address whether the Court should exercise supplemental jurisdiction over Defendant's state law counterclaims. *See* 28 U.S.C. 1367(c)(3); *Stalley v. Cumbie*, 586 F. Supp. 3d 1211, 1249 (M.D. Fla. 2022) ("In the ordinary course, where the federal claims have been dismissed and the case is before a federal district court solely through supplemental jurisdiction, a court should decline supplemental jurisdiction."), *aff'd*, 124 F.4th 1273 (11th Cir. 2024). Signed by Judge Kathryn Kimball Mizelle on 2/26/2026. (PBH)** (Entered: 02/26/2026) |
| 02/24/2026 | 123 | Minute Entry. Virtual Proceedings held before Magistrate Judge Anthony E. Porcelli: STATUS CONFERENCE held on 2/24/2026. (digital) (LV) (Entered: 02/24/2026) |
| 02/13/2026 | 122 | **ORDER granting in part and denying in part 118 Defendant/Counter−Plaintiff Reliaquest's construed motion to approve the amount Plaintiff/Counter−Defendant Aaron Allen is to reimburse it under the Court's prior Order (103). Signed by Magistrate Judge Sean P. Flynn on 2/13/2026. (WFM)** (Entered: 02/13/2026) |
| 02/02/2026 | 121 | NOTICE of hearing: Status Conference set for 2/24/2026 at 10:30 AM VIA ZOOM before Magistrate Judge Anthony E. Porcelli.(LV) (Entered: 02/02/2026) |
| 01/30/2026 | 120 | RESPONSE re 118 Motion for Miscellaneous Relief filed by Aaron Allen. (Farmer, Matthew) (Entered: 01/30/2026) |
| 01/22/2026 | 119 | CASE MANAGEMENT REPORT. (Kent, Dean) (Entered: 01/22/2026) |
| 01/22/2026 | 118 | MOTION re Expenses Incurred in Connection with Preparing for and Attending December 10, 2025 Mediation (Kent, Dean) Modified on 1/26/2026 to construe notice as motion at request of chambers (GSO). (Entered: 01/22/2026) |
| 01/20/2026 | 117 | REPLY to 48 Amended Counterclaim by Aaron Allen. Related document: 48 Answer to Amended Complaint, Amended Counterclaim filed by Reliaquest, LLC. (Farmer, Matthew) (Entered: 01/20/2026) |
| 01/15/2026 | 116 | **ENDORSED ORDER: In the light of the Court's 115 Order, the parties are directed to file a revised Case Management Report no later than January 22, 2026. Signed by Judge Kathryn Kimball Mizelle on 1/15/2026. (PBH)** (Entered: 01/15/2026) |
| 01/14/2026 | 115 | **ORDER denying 80 Motion for Default Judgment. See Order for further details. Signed by Magistrate Judge Anthony E. Porcelli on 1/14/2026. (CPK)** (Entered: 01/14/2026) |

| | | |
|---|---|---|
| 01/14/2026 | 114 | Minute Entry. Virtual Proceedings held before Magistrate Judge Anthony E. Porcelli: MOTION HEARING held on 1/14/2026 re 80 MOTION for Default Judgment against Aaron Allen *on Liability on Amended Counterclaims and Incorporated Memorandum of Law* filed by Reliaquest, LLC. (digital) (LV) (Entered: 01/14/2026) |
| 01/09/2026 | 113 | NOTICE of hearing on motion re 80 MOTION for Default Judgment against Aaron Allen *on Liability on Amended Counterclaims and Incorporated Memorandum of Law*. Motion Hearing set for 1/14/2026 at 10:00 AM VIA ZOOM before Magistrate Judge Anthony E. Porcelli. (LV) (Entered: 01/09/2026) |
| 01/06/2026 | 112 | **ORDER re 103 Order to show cause. Aaron Allen is directed to pay Reliaquest's reasonable expenses in traveling to and attending the December 10, 2025, mediation. Signed by Magistrate Judge Sean P. Flynn on 1/6/2026. (WFM)** (Entered: 01/06/2026) |
| 12/19/2025 | 111 | **ENDORSED ORDER granting 110 Motion to seal. Signed by Magistrate Judge Anthony E. Porcelli on 12/19/2025. (SEC)** (Entered: 12/19/2025) |
| 12/18/2025 | 110 | MOTION to file Supplement under seal by Aaron Allen (Attachments: # 1 Supplement to Plaintiff/Counter−Defendant's Response to Order to Show Cause, # 2 Exhibit 1 To Supplement to Plaintiff/Counter−Defendant's Response to Order to Show Cause, # 3 Text of Proposed Order)(Farmer, Matthew).Motions referred to Magistrate Judge Anthony E. Porcelli. Modified on 12/19/2025 to edit docket text (ELA). (Entered: 12/18/2025) |
| 12/18/2025 | 109 | **ENDORSED ORDER granting 108 Motion to seal. The Clerk is directed to seal [108−1] Exhibit 1 to Plaintiff/Counter−Defendant's Response to Order to Show Cause. Signed by Magistrate Judge Sean P. Flynn on 12/18/2025. (Flynn, Sean)** Modified on 12/18/2025 (Flynn, Sean). (Entered: 12/18/2025) |
| 12/17/2025 | 108 | MOTION to file DOCUMENT *Exhibit 1 to "Plaintiff/Counter−Defendant's Response to Order to Show Cause" (Doc. 103)* under seal by Aaron Allen (Attachments: # 1 Proposed Sealed Item Exhibit 1: Medical Record, # 2 Text of Proposed Order Granting Motion to Seal)(Farmer, Matthew).Motions referred to Magistrate Judge Anthony E. Porcelli. Modified on 12/18/2025 to edit docket text (JDR). (Entered: 12/17/2025) |
| 12/17/2025 | 107 | RESPONSE TO ORDER TO SHOW CAUSE re 103 Order to show cause filed by Aaron Allen. (Attachments: # 1 Exhibit 2: Airline Reservation)(Farmer, Matthew) Modified on 12/18/2025 to edit docket text (JDR). (Entered: 12/17/2025) |
| 12/17/2025 | 106 | RESPONSE TO ORDER TO SHOW CAUSE re 103 Order to show cause filed by Aaron Allen. (Farmer, Matthew) (Entered: 12/17/2025) |
| 12/17/2025 | 105 | NOTICE by Aaron Allen *Regarding Mediation* (Farmer, Matthew) (Entered: 12/17/2025) |
| 12/17/2025 | 104 | NOTICE by Reliaquest, LLC re 102 Status Conference */Mediation* (Kent, Dean) (Entered: 12/17/2025) |
| 12/10/2025 | 103 | **ORDER for Plaintiff/Counter−Defendant Aaron Allen to show cause as to why he should not be held in contempt or otherwise sanctioned for failing to appear at the December 10, 2025 mediation. Show Cause Response due by 12/17/2025. Signed by Magistrate Judge Sean P. Flynn on 12/10/2025. (WFM)** (Entered: 12/10/2025) |

| | | |
|---|---|---|
| 12/10/2025 | 102 | Minute Entry. In Person Proceedings held before Magistrate Judge Sean P. Flynn: STATUS CONFERENCE held on 12/10/2025. (Digital) (ABC) (Entered: 12/10/2025) |
| 12/08/2025 | 101 | **ENDORSED ORDER denying 100 Plaintiff/Counter−Defendant's Motion to Permit Remote Attendance at Mediation. The Court expects all parties and their representatives to appear in person at the December 10, 2025 mediation. Signed by Magistrate Judge Sean P. Flynn on 12/8/2025. (WFM)** (Entered: 12/08/2025) |
| 12/05/2025 | 100 | MOTION to appear by video by Aaron Allen. (Farmer, Matthew) (Entered: 12/05/2025) |
| 12/04/2025 | 99 | NOTICE of Appearance by Timothy James Fitzgerald on behalf of Aaron Allen (Fitzgerald, Timothy) (Entered: 12/04/2025) |
| 11/13/2025 | 98 | **ORDER scheduling mediation conference. Mediation Conference set for 12/10/2025 at 10:00 AM in Tampa Courtroom 11B before Magistrate Judge Sean P. Flynn. Signed by Magistrate Judge Sean P. Flynn on 11/13/2025. (WFM)** (Entered: 11/13/2025) |
| 11/06/2025 | 97 | NOTICE by Aaron Allen re 95 Order (Farmer, Matthew) (Entered: 11/06/2025) |
| 11/06/2025 | 96 | NOTICE by Reliaquest, LLC re 95 Order (Kent, Dean) (Entered: 11/06/2025) |
| 11/03/2025 | 95 | **ENDORSED ORDER: By November 7, 2025, the parties are directed to propose a new date for the settlement conference, to take place no later than December 12, 2025. If the parties decline to participate in the previously scheduled settlement conference, the Court will adjudicate the pending 80 Motion for Default Judgment. Signed by Judge Kathryn Kimball Mizelle on 11/3/2025. (PBH)** (Entered: 11/03/2025) |
| 07/29/2025 | 94 | NOTICE canceling Settlement Conference hearing scheduled for 7/30/2025. (KMN) (Entered: 07/30/2025) |
| 07/29/2025 | 93 | **ORDER granting 92 Motion to Continue. Signed by Magistrate Judge Thomas G. Wilson on 7/29/2025. (KMN)** (Entered: 07/29/2025) |
| 07/28/2025 | 92 | Unopposed MOTION to Continue *Settlement Conference* by Aaron Allen. (Farmer, Matthew) (Entered: 07/28/2025) |
| 07/17/2025 | 91 | NOTICE OF RESCHEDULING HEARING: The Settlement Conference hearing previously scheduled for 7/21/2025 is rescheduled. New scheduling date and time: Settlement Conference set for 7/30/2025 at 02:00 PM in Tampa Courtroom 12 A before Magistrate Judge Thomas G. Wilson (KMN) (Entered: 07/17/2025) |
| 07/17/2025 | 90 | **ENDORSED ORDER granting 88 Motion to Continue. Signed by Magistrate Judge Thomas G. Wilson on 7/17/2025. (KMN)** (Entered: 07/17/2025) |
| 07/17/2025 | 89 | **ENDORSED ORDER granting 86 Motion to Continue. Signed by Magistrate Judge Thomas G. Wilson on 7/17/2025. (KMN)** (Entered: 07/17/2025) |
| 07/16/2025 | 88 | Unopposed MOTION to Continue *Settlement Conference* by Aaron Allen. (Farmer, Matthew) (Entered: 07/16/2025) |
| 07/14/2025 | 87 | **ENDORSED ORDER REFERRING MOTION: 86 MOTION to Continue *Settlement Conference* filed by Aaron Allen. Signed by Judge Kathryn Kimball Mizelle on 7/14/2025. (KMP) Motions referred to Magistrate Judge Anthony E.** |

| | | |
|---|---|---|
| | | **Porcelli.** (Entered: 07/14/2025) |
| 07/14/2025 | 86 | MOTION to Continue *Settlement Conference* by Aaron Allen. (Farmer, Matthew) (Entered: 07/14/2025) |
| 07/10/2025 | 85 | NOTICE of hearing: Settlement Conference set for 7/21/2025 at 02:00 PM in Tampa Courtroom 12 A before Magistrate Judge Thomas G. Wilson. (Note: Please email your individual mediation statement to CHAMBERS_FLMD_WILSON@flmd.uscourts.gov by Friday, July 18, 2025 at 2:30pm.) (KMN) (Entered: 07/10/2025) |
| 07/01/2025 | 84 | Minute Entry. In Person Proceedings held before Magistrate Judge Anthony E. Porcelli: STATUS CONFERENCE held on 7/1/2025. (DIGITAL) (LV) (Entered: 07/01/2025) |
| 06/26/2025 | 83 | NOTICE of hearing: Status Conference set for 7/1/2025 at 02:30 PM VIA ZOOM before Magistrate Judge Anthony E. Porcelli. Zoom information to be sent via email to counsel of record.(LV) (Entered: 06/26/2025) |
| 06/18/2025 | 82 | RESPONSE in Opposition re 80 MOTION for Default Judgment against Aaron Allen *on Liability on Amended Counterclaims and Incorporated Memorandum of Law* filed by Aaron Allen. (Farmer, Matthew) (Entered: 06/18/2025) |
| 06/16/2025 | 81 | NOTICE of Appearance by Matthew P. Farmer on behalf of Aaron Allen (Farmer, Matthew) (Entered: 06/16/2025) |
| 06/04/2025 | 80 | MOTION for Default Judgment against Aaron Allen *on Liability on Amended Counterclaims and Incorporated Memorandum of Law* by Reliaquest, LLC. (Kent, Dean) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 06/04/2025) |
| 05/28/2025 | 79 | **ENDORSED ORDER: In the light of the parties' representations in the 78 Notice Regarding Mediation, the 41 Case Management and Scheduling Order is VACATED. ReliaQuest must move for default against Allen for its counterclaims under Local Rule 1.10 no later than June 4, 2025. Signed by Judge Kathryn Kimball Mizelle on 5/28/2025. (KMP)** (Entered: 05/28/2025) |
| 05/08/2025 | 78 | NOTICE Regarding Mediation by Reliaquest, LLC re 77 Order on Motion for Summary Judgment (Kent, Dean) Modified text on 5/9/2025 (MGB). (Entered: 05/08/2025) |
| 05/01/2025 | 77 | **ORDER granting the 59 Motion for Summary Judgment. Because the defendant's counterclaims remain pending and the plaintiff proceeds pro se, the parties are directed, no later than May 8, 2025, to file a notice informing the Court whether another mediation would prove more efficient than proceeding to trial. Signed by Judge Kathryn Kimball Mizelle on 5/1/2025. (KMP)** (Entered: 05/01/2025) |
| 04/17/2025 | 76 | **ORDER denying the plaintiff's 50 Motion to Dismiss and 51 Motion to Strike. Signed by Judge Kathryn Kimball Mizelle on 4/17/2025. (KMP)** (Entered: 04/17/2025) |
| 12/18/2024 | 75 | **ORDER granting 64 Motion to Withdraw as Attorney. See Order for further details. Signed by Magistrate Judge Anthony E. Porcelli on 12/18/2024. (KBP)** (Entered: 12/18/2024) |

| | | |
|---|---|---|
| 12/18/2024 | 74 | **ENDORSED ORDER denying as moot 65 Motion to Quash. In light of Defendant's pending Motion for Summary Judgment (Doc. 59) and the parties' agreement to stay discovery, the matter is denied as moot. If the Motion for Summary Judgement is denied, the matter shall be reopened upon Defendant's request. At such time, Defendant is further directed to contact nonparty Steven Wenzel of Wenzel Fenton Cabassa, P.A. and inform him of the matter's status. Signed by Magistrate Judge Anthony E. Porcelli on 12/18/2024. (KBP)** (Entered: 12/18/2024) |
| 12/18/2024 | 72 | Minute Entry. Virtual Proceedings held before Magistrate Judge Anthony E. Porcelli: MOTION HEARING held on 12/18/2024 re 64 MOTION for Ian Tygar to Withdraw as Attorney filed by Aaron Allen, 65 MOTION to Quash Subpoena to Produce Documents filed by Wenzel Fenton Cabassa, P.A. (digital) (LV) (Entered: 12/18/2024) |
| 12/16/2024 | 71 | RESPONSE in Opposition re 64 MOTION for Ian Tygar to Withdraw as Attorney filed by Reliaquest, LLC. (Kent, Dean) (Entered: 12/16/2024) |
| 12/10/2024 | 70 | **ENDORSED ORDER denying as moot 67 Motion for Extension of Time to Complete Discovery in the light of the 69 Notice of Withdrawal. Signed by Judge Kathryn Kimball Mizelle on 12/10/2024. (KMP)** (Entered: 12/10/2024) |
| 12/09/2024 | 69 | NOTICE of WITHDRAWAL of motion 67 by Aaron Allen. (Tygar, Ian) Modified text and linked entries on 12/10/2024 (GL). (Entered: 12/09/2024) |
| 12/09/2024 | 68 | SUPPLEMENT re 65 MOTION to Quash Subpoena to Produce Documents by Wenzel Fenton Cabassa, P.A.. (Wenzel, Steven) (Entered: 12/09/2024) |
| 12/07/2024 | 67 | MOTION for Extension of Time to Complete Discovery by Aaron Allen. (Attachments: # 1 Exhibit "A")(Tygar, Ian) (Entered: 12/07/2024) |
| 12/05/2024 | 66 | NOTICE of hearing on motion re 65 MOTION to Quash Subpoena to Produce Documents . Motion Hearing set for 12/18/2024 at 10:00 AM VIA ZOOM before Magistrate Judge Anthony E. Porcelli. (LV) (Entered: 12/05/2024) |
| 12/04/2024 | 65 | MOTION to Quash Subpoena to Produce Documents by Wenzel Fenton Cabassa, P.A.. (Attachments: # 1 Exhibit)(Wenzel, Steven) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 12/04/2024) |
| 11/30/2024 | 64 | MOTION for Ian Tygar to Withdraw as Attorney by Aaron Allen. (Tygar, Ian) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 11/30/2024) |
| 11/26/2024 | 63 | NOTICE by Reliaquest, LLC of Issuance of Non−Party Subpoenas (Kent, Dean). (Entered: 11/26/2024) |
| 11/12/2024 | 62 | MEDIATION report Hearing held on 11/12/2024. Hearing outcome: Impasse. (Flaxman, Neil) (Entered: 11/12/2024) |
| 11/06/2024 | 61 | RESPONSE to Motion re 59 MOTION for Summary Judgment *on the Amended Complaint (Doc. 32)* filed by Aaron Allen. (Attachments: # 1 Exhibit Declaration of Aaron Allen)(Tygar, Ian) (Entered: 11/06/2024) |
| 10/18/2024 | 60 | **ENDORSED ORDER granting 58 Motion for Extension of Time to Complete Discovery. The parties shall complete all discovery no later than December 16, 2024. All other deadlines in the governing scheduling order remain the same. Signed by Judge Kathryn Kimball Mizelle on 10/18/2024. (Mizelle, Kathryn)** |

| | | |
|---|---|---|
| | | (Entered: 10/18/2024) |
| 10/16/2024 | 59 | MOTION for Summary Judgment *on the Amended Complaint (Doc. 32)* by Reliaquest, LLC. (Kent, Dean) (Entered: 10/16/2024) |
| 10/16/2024 | 58 | MOTION for Thirty Day Enlargement of Discovery Deadlines in Case Management and Scheduling Order by Reliaquest, LLC. (Kent, Dean) Modified on 10/17/2024 to edit docket text and motion text (JDR). (Entered: 10/16/2024) |
| 09/30/2024 | 57 | **ENDORSED ORDER: Plaintiff's 55 Motion for Leave to File Reply to Defendant's Response to Plaintiff's Motion to Strike is denied. If necessary to resolve the pending motion, the Court will direct the parties to file supplemental memoranda or set a hearing to further address the legal issues and arguments in this case. Signed by Judge Thomas P. Barber on 9/30/2024. (KMP)** (Entered: 09/30/2024) |
| 09/30/2024 | 56 | **ENDORSED ORDER: Plaintiff's 54 Motion for Leave to File Reply to Defendant's Response to Plaintiff's Motion to Dismiss is denied. If necessary to resolve the pending motion, the Court will direct the parties to file supplemental memoranda or set a hearing to further address the legal issues and arguments in this case. Signed by Judge Thomas P. Barber on 9/30/2024. (KMP)** (Entered: 09/30/2024) |
| 09/24/2024 | 55 | MOTION for Leave to File Reply to Defendant's Response to Plaintiff's Motion to Strike by Aaron Allen. (Attachments: # 1 Text of Proposed Order)(Tygar, Ian) Modified text on 9/25/2024 (MCB). (Entered: 09/24/2024) |
| 09/24/2024 | 54 | MOTION for Leave to File Reply to Defendant's Response to Plaintiff's Motion to Dismiss by Aaron Allen. (Attachments: # 1 Text of Proposed Order)(Tygar, Ian) Modified text on 9/25/2024 (MCB). (Entered: 09/24/2024) |
| 09/19/2024 | 53 | RESPONSE in Opposition re 51 MOTION to Strike filed by Reliaquest, LLC. (Kent, Dean) (Entered: 09/19/2024) |
| 09/19/2024 | 52 | RESPONSE in Opposition re 50 MOTION to Dismiss filed by Reliaquest, LLC. (Kent, Dean) (Entered: 09/19/2024) |
| 09/05/2024 | 51 | MOTION to Strike by Aaron Allen. (Attachments: # 1 Text of Proposed Order)(Tygar, Ian) (Entered: 09/05/2024) |
| 09/05/2024 | 50 | MOTION to Dismiss by Aaron Allen. (Attachments: # 1 Text of Proposed Order)(Tygar, Ian) (Entered: 09/05/2024) |
| 08/19/2024 | 49 | NOTICE of Filing Omitted Exhibit "A" by Reliaquest, LLC re 48 ANSWER and affirmative defenses, Amended COUNTERCLAIM (Kent, Dean) (Modified on 8/19/2024, to edit text) (BGR). (Entered: 08/19/2024) |
| 08/16/2024 | 48 | *ReliaQuest, LLC's* ANSWER and affirmative defenses to 32 Amended Complaint *and,* Amended COUNTERCLAIM against Aaron Allen by Reliaquest, LLC.(Kent, Dean) (Entered: 08/16/2024) |
| 08/01/2024 | 47 | **ORDER. Defendant's 35 Motion to Dismiss, which the Court construes as a motion for summary judgment, is GRANTED IN PART. Signed by Judge Thomas P. Barber on 8/1/2024. (ALE)** (Entered: 08/01/2024) |
| 07/26/2024 | 46 | DEFENDANT'S BRIEF re 44 Order filed by Reliaquest, LLC. (Kent, Dean) (Entered: 07/26/2024) |

| | | |
|---|---|---|
| 07/26/2024 | 45 | PLAINTIFF'S BRIEF re 44 Order filed by Aaron Allen. (Tygar, Ian) (Entered: 07/26/2024) |
| 07/22/2024 | 44 | **ENDORSED ORDER: Upon review of the Defendant's 35 Motion to Dismiss and Plaintiff's 40 Response, and to expedite the resolution of this case and interpret the parties' severance agreement, the Court hereby converts the motion to dismiss into one for summary judgment. *See Day v. Taylor*, 400 F.3d 1272, 1275 (11th Cir. 2005) (explaining that a court must convert a motion to dismiss into a motion for summary judgment if it considers materials outside the complaint); *see also Managed Care Solutions, Inc. v. Cmty. Health Sys., Inc.*, No. 10−60170, 2011 WL 6024572, at *8 (S.D. Fla. Dec. 2, 2011) ("A determination of the proper interpretation of the contract should be decided at the summary judgment stage, not in a ruling on a[ ] motion to dismiss."). Accordingly, no later than July 26, 2024, the parties may each submit a supplemental brief, not to exceed five (5) pages, discussing the proper interpretation of the release provision of the severance agreement. Signed by Judge Thomas P. Barber on 7/22/2024. (ALE)** (Entered: 07/22/2024) |
| 05/21/2024 | 43 | **MEDIATION ORDER: This case is set for mediation on November 12, 2024. Within seven days following the mediation conference, Lead Counsel shall file a Mediation Report. Signed by Judge Kathryn Kimball Mizelle on 5/21/2024. (ALE)** (Entered: 05/21/2024) |
| 05/20/2024 | 42 | JOINT NOTICE OF SELECTION of Neil Flaxman as Mediator by Aaron Allen. (Tygar, Ian) (Modified on 5/21/2024, to edit text) (BGR). (Entered: 05/20/2024) |
| 04/12/2024 | 41 | ***VACATED PER 79 ORDER*** **CASE MANAGEMENT AND SCHEDULING ORDER: Discovery due by November 15, 2024. Dispositive motions due by December 27, 2024. Pretrial Conference scheduled for June 12, 2025, at 1:30 PM in Tampa Courtroom 13B before Judge Kathryn Kimball Mizelle. Jury Trial scheduled for the July 2025 trial calendar in Tampa Courtroom 13B before Judge Kathryn Kimball Mizelle. Conduct mediation by December 13, 2024. Lead counsel to coordinate dates. Signed by Judge Kathryn Kimball Mizelle on 4/12/2024. (GSO)** Modified on 6/12/2025 (AA). (Entered: 04/12/2024) |
| 03/15/2024 | 40 | RESPONSE to Motion re 35 MOTION to Dismiss Amended Complaint filed by Aaron Allen. (Tygar, Ian) (Entered: 03/15/2024) |
| 03/06/2024 | 38 | Minute Entry. Virtual Proceedings held before Magistrate Judge Anthony E. Porcelli: PRELIMINARY PRETRIAL CONFERENCE held on 3/6/2024. (digital) (LV) (Entered: 03/06/2024) |
| 02/27/2024 | 37 | NOTICE of hearing: Preliminary Pretrial Conference set for 3/6/2024 at 10:30 AM VIA ZOOM before Magistrate Judge Anthony E. Porcelli. Zoom information to be sent via email to counsel of record. (LV) (Entered: 02/27/2024) |
| 02/26/2024 | 36 | **ENDORSED ORDER: This case is referred to Judge Anthony E. Porcelli to conduct a preliminary pretrial conference, *see* (Doc. 34) (requesting a preliminary pretrial conference prior to the entry of a scheduling order). Signed by Judge Kathryn Kimball Mizelle on 2/26/2024. (ALE)** (Entered: 02/26/2024) |
| 02/23/2024 | 35 | MOTION to Dismiss Amended Complaint by Reliaquest, LLC. (Kent, Dean) (Entered: 02/23/2024) |

| | | |
|---|---|---|
| 02/23/2024 | 34 | CASE MANAGEMENT REPORT. (Tygar, Ian) (Entered: 02/23/2024) |
| 02/21/2024 | 33 | NOTICE of Appearance by Richard M. Hanchett on behalf of Reliaquest, LLC (Hanchett, Richard) (Entered: 02/21/2024) |
| 02/09/2024 | 32 | AMENDED COMPLAINT against Reliaquest, LLC with Jury Demand. filed by Aaron Allen. (Attachments: # 1 Exhibit A "Right to Sue Letter")(Tygar, Ian) Modified on 2/12/2024 (CTR). (Entered: 02/09/2024) |
| 01/25/2024 | 31 | **ORDER. Defendant's 24 Motion for Judgment on the Pleadings is DENIED WITHOUT PREJUDICE. Defendant's 19 Motion for Sanctions is DENIED. Plaintiff shall file an amended complaint by February 9, 2024. The parties shall file an amended Case Management Report by February 23, 2024. Signed by Judge Kathryn Kimball Mizelle on 1/25/2024. (ALE)** (Entered: 01/25/2024) |
| 07/28/2023 | 30 | AFFIDAVIT of Aaron Allen by Aaron Allen. (Tygar, Ian) (Entered: 07/28/2023) |
| 07/24/2023 | 29 | RESPONSE to Motion re 24 MOTION for Judgment on the Pleadings filed by Aaron Allen. (Tygar, Ian) (Entered: 07/24/2023) |
| 07/13/2023 | 28 | **ENDORSED ORDER denying without prejudice 26 Motion to Withdraw as Attorney pending the resolution of Defendant's Motion for Sanctions (Doc. 19) and Motion for Judgment on the Pleadings (Doc 24). Signed by Magistrate Judge Anthony E. Porcelli on 7/13/2023. (BMM)** (Entered: 07/13/2023) |
| 07/10/2023 | 27 | RESPONSE in Opposition re 26 MOTION for Ian Tygar to Withdraw as Attorney filed by Reliaquest, LLC. (Pacini, Steven) (Entered: 07/10/2023) |
| 07/07/2023 | 26 | MOTION for Ian Tygar to Withdraw as Attorney by Aaron Allen. (Tygar, Ian) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 07/07/2023) |
| 07/07/2023 | 25 | **ENDORSED ORDER: Upon review of Reliaquest's motion for judgment on the pleadings 24, and after the Court's telephonic hearing, the Court stays discovery until the pending motions (19, 24) are ruled on. Should the motion for judgment on the pleadings be denied, the parties should file a new Case Management Report within seven days of the Court's ruling. Signed by Judge Kathryn Kimball Mizelle on 7/7/2023. (MEV)** (Entered: 07/07/2023) |
| 07/05/2023 | 24 | MOTION for Judgment on the Pleadings by Reliaquest, LLC. (Pacini, Steven) (Entered: 07/05/2023) |
| 07/05/2023 | 23 | MINUTE ENTRY for 7/5/2023 telephonic Preliminary Pretrial Conference before Judge Kathryn Kimball Mizelle. Court Reporter: Bill Jones (GSO) (Entered: 07/05/2023) |
| 06/27/2023 | 22 | RESPONSE to Motion re 19 MOTION for Sanctions *and Memorandum of Law in Support* filed by Aaron Allen. (Attachments: # 1 Exhibit "A" Declaration of Aaron Allen)(Tygar, Ian) Modified on 6/30/2023. Counsel notified re: blank page 10 (SMG). (Entered: 06/27/2023) |
| 06/27/2023 | 21 | **ENDORSED ORDER setting setting preliminary pretrial conference based on parties' request in the Case Management Report 20. Telephonic Conference set for 7/5/2023 at 01:00 PM before Judge Kathryn Kimball Mizelle. Counsel shall call the AT&T Toll−Free Teleconferencing Services line at 1−877−402−9753 and enter Access Code 5252356. The parties are advised to use a land−based telephone to access the conference. Signed by Judge Kathryn Kimball Mizelle on** |

| | | |
|---|---|---|
| | | **6/27/2023. (MEV)** (Entered: 06/27/2023) |
| 06/22/2023 | 20 | CASE MANAGEMENT REPORT. (Tygar, Ian) (Entered: 06/22/2023) |
| 06/14/2023 | 19 | MOTION for Sanctions *and Memorandum of Law in Support* by Reliaquest, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kent, Dean) (Entered: 06/14/2023) |
| 06/11/2023 | 18 | REPLY to 13 Counterclaim by Aaron Allen. (Attachments: # 1 Exhibit A)(Tygar, Ian) (Entered: 06/11/2023) |
| 06/02/2023 | 17 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Standing Order, 11 Order, *Amended* by Aaron Allen. (Tygar, Ian) (Entered: 06/02/2023) |
| 05/30/2023 | 16 | NOTICE of a related action per Local Rule 1.07(c) by Reliaquest, LLC. Related case(s): Yes (Kent, Dean) (Entered: 05/30/2023) |
| 05/24/2023 | 15 | NOTICE of compliance re 14 Order on Motion to Appear Pro Hac Vice, by Reliaquest, LLC (Pacini, Steven) (Entered: 05/24/2023) |
| 05/22/2023 | 14 | **ENDORSED ORDER granting 8 Motion for Steven J. Pacini to Appear Pro Hac Vice. Attorney Steven J. Pacini may appear pro hac vice on behalf of Defendant. Within twenty−one (21) days of the date of this Order, counsel shall comply with the fee and electronic filing requirements and file a notice of compliance with said requirements. Signed by Magistrate Judge Anthony E. Porcelli on 5/22/2023. (BMM)** (Entered: 05/22/2023) |
| 05/19/2023 | 13 | ANSWER and affirmative defenses to 1 Complaint, COUNTERCLAIM against Aaron Allen by Reliaquest, LLC. (Attachments: # 1 Exhibit A)(Kent, Dean) (Entered: 05/19/2023) |
| 05/19/2023 | 12 | AMENDED CERTIFICATE of interested persons and corporate disclosure statement re 3 Standing Order, by Reliaquest, LLC identifying Corporate Parent ReliaQuest Holdings, LLC for Reliaquest, LLC. (Kent, Dean) (Entered: 05/19/2023) |
| 05/19/2023 | 11 | **ENDORSED ORDER: Neither party's Corporate Disclosure Statement meets the standards this Court requires to effectively screen cases for potential conflicts. Both parties must submit a proper disclosure statement using the standard template attached to Doc. 3 (also available on the undersigned's website under the "forms" tab) by June 2, 2023. Signed by Judge Kathryn Kimball Mizelle on 5/19/2023. (MEV)** (Entered: 05/19/2023) |
| 05/19/2023 | 10 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Standing Order, by Reliaquest, LLC identifying Corporate Parent ReliaQuest Holdings, LLC for Reliaquest, LLC. (Kent, Dean) (Entered: 05/19/2023) |
| 05/18/2023 | 9 | RETURN of service executed on 4/28/23 by Aaron Allen as to Reliaquest, LLC. (Tygar, Ian) (Entered: 05/18/2023) |
| 05/18/2023 | 8 | Unopposed MOTION for Steven J. Pacini to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−20851215 for $150 by Reliaquest, LLC. (Kent, Dean) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 05/18/2023) |
| 05/18/2023 | 7 | NOTICE of Appearance by Dean Adrian Kent on behalf of Reliaquest, LLC. (Kent, Dean) (Entered: 05/18/2023) |

| | | |
|---|---|---|
| 04/27/2023 | 6 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Standing Order, by Aaron Allen. (Tygar, Ian) (Entered: 04/27/2023) |
| 04/27/2023 | 5 | NOTICE of a related action per Local Rule 1.07(c) by Aaron Allen. Related case(s): No (Tygar, Ian) (Entered: 04/27/2023) |
| 04/14/2023 | 4 | SUMMONS issued as to Reliaquest, LLC. (LNR) (Entered: 04/14/2023) |
| 04/13/2023 | 3 | **CIVIL CASE STANDING ORDER. The parties shall meet and file a Case Management Report using the standard form on the undersigned's website within forty days after any defendant appears. Each party must also file a Corporate Disclosure Statement using the standard template on the undersigned's website under the "forms" tab within fourteen days after appearing. Signed by Judge Kathryn Kimball Mizelle on 4/13/2023. (MEV)** (Entered: 04/13/2023) |
| 04/13/2023 | 2 | NEW CASE ASSIGNED to Judge Kathryn Kimball Mizelle and Magistrate Judge Anthony E. Porcelli. New case number: 8:23−cv−806−KKM−AEP. (AM) (Entered: 04/13/2023) |
| 04/12/2023 | 1 | COMPLAINT against Reliaquest, LLC with Jury Demand (Filing fee $402 receipt number AFLMDC−20718744) filed by Aaron Allen. (Attachments: # 1 Exhibit A Right to Sue Letter, # 2 Proposed Summons, # 3 Civil Cover Sheet)(Tygar, Ian) (Entered: 04/12/2023) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

AARON ALLEN,

Plaintiff/Counter-Defendant,

v. CASE NO. 8:23-cv-806-KKM-AEP

RELIAQUEST, LLC,

Defendant/Counterclaimant.
________________________________________/

**NOTICE OF APPEAL**

Plaintiff/Counter-Defendant, Aaron Allen, through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment (Doc. 129) entered on March 18, 2026.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

*/s/ Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469

*/s/ Timothy Fitzgerald*
Timothy Fitzgerald, Esq.

Fla. Bar 0780618

800 W. De Leon St.
Tampa, FL 33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 17th day of April, 2026:

Dean Kent, Esq.
dkent@trenam.com

Richard Hanchett, Esq.
rhanchett@trenam.com

Steven Pacini, Esq.
Steven.pacini@lw.com

*/s/ Matthew Farmer*
COUNSEL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON ALLEN,

Plaintiff,

v.

Case No 8:23-cv-806-KKM-AEP

RELIAQUEST, LLC,

Defendant.

---

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that a Judgment is entered against Aaron Allen and in favor of ReliaQuest, LLC, on all claims in Allen's Complaint. ReliaQuest's counterclaims are DISMISSED without prejudice.

Date: March 18, 2026,

ELIZABETH M. WARREN, CLERK

s/JM, Deputy Clerk

# CIVIL APPEALS JURISDICTION CHECKLIST

1. **Appealable Orders**: Courts of Appeals have jurisdiction conferred and strictly limited by statute:

   (a) **Appeals from final orders pursuant to 28 U.S.C. Section 1291**: Only final orders and judgments of district courts, or final orders of bankruptcy courts which have been appealed to and fully resolved by a district court under 28 U.S.C. Section 158, generally are appealable. A final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Pitney Bowes, Inc. V. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983). A magistrate judge's report and recommendation is not final and appealable until judgment thereon is entered by a district court judge. 28 U.S.C. Section 636(c).

   (b) **In cases involving multiple parties or multiple claims**, a judgment as to fewer than all parties or all claims is not a final, appealable decision unless the district court has certified the judgment for immediate review under Fed.R.Civ.P. 54(b), Williams v. Bishop, 732 F.2d 885, 885-86 (11th Cir. 1984). A judgment which resolves all issues except matters, such as attorneys' fees and costs, that are collateral to the merits, is immediately appealable. Budinich v. Becton Dickinson & Co., 486 U.S. 196, 201, 108 S. Ct. 1717, 1721-22, 100 L.Ed.2d 178 (1988); LaChance v. Duffy's Draft House, Inc., 146 F.3d 832, 837 (11th Cir. 1998).

   (c) **Appeals pursuant to 28 U.S.C. Section 1292(a)**: Appeals are permitted from orders "granting, continuing, modifying, refusing or dissolving injunctions or refusing to dissolve or modify injunctions..." and from "[i]nterlocutory decrees...determining the rights and liabilities of parties to admiralty cases in which appeals from final decrees are allowed." Interlocutory appeals from orders denying temporary restraining orders are not permitted.

   (d) **Appeals pursuant to 28 U.S.C. Section 1292(b) and Fed.R.App.P.5**: The certification specified in 28 U.S.C. Section 1292(b) must be obtained before a petition for permission to appeal is filed in the Court of Appeals. The district court's denial of a motion for certification is not itself appealable.

   (e) **Appeals pursuant to judicially created exceptions to the finality rule:** Limited exceptions are discussed in cases including, but not limited to: Cohen V. Beneficial Indus. Loan Corp., 337 U.S. 541,546,69 S.Ct. 1221, 1225-26, 93 L.Ed. 1528 (1949); Atlantic Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F. 2d 371, 376 (11th Cir. 1989); Gillespie v. United States Steel Corp., 379 U.S. 148, 157, 85 S. Ct. 308, 312, 13 L.Ed.2d 199 (1964).

2. **Time for Filing:** The timely filing of a notice of appeal is mandatory and jurisdictional. Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001). In civil cases, Fed.R.App.P.4(a) and (c) set the following time limits:

   (a) **Fed.R.App.P. 4(a)(1)**: A notice of appeal in compliance with the requirements set forth in Fed.R.App.P. 3 must be filed in the district court within 30 days after the entry of the order or judgment appealed from. However, if the United States or an officer or agency thereof is a party, the notice of appeal must be filed in the district court within 60 days after such entry. **THE NOTICE MUST BE RECEIVED AND FILED IN THE DISTRICT COURT NO LATER THAN THE LAST DAY OF THE APPEAL PERIOD - no additional days are provided for mailing.** Special filing provisions for inmates are discussed below.

   (b) **Fed.R.App.P. 4(a)(3)**: "If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later."

   (c) **Fed.R.App.P.4(a)(4)**: If any party makes a timely motion in the district court under the Federal Rules of Civil Procedure of a type specified in this rule, the time for appeal for all parties runs from the date of entry of the order disposing of the last such timely filed motion.

   (d) **Fed.R.App.P.4(a)(5) and 4(a)(6)**: Under certain limited circumstances, the district court may extend the time to file a notice of appeal. Under Rule 4(a)(5), the time may be extended if a motion for an extension is filed within 30 days after expiration of the time otherwise provided to file a notice of appeal, upon a showing of excusable neglect or good cause. Under Rule 4(a)(6), the time may be extended if the district court finds upon motion that a party did not timely receive notice of the entry of the judgment or order, and that no party would be prejudiced by an extension.

   (e) **Fed.R.App.P.4(c)**: If an inmate confined to an institution files a notice of appeal in either a civil case or a criminal case, the notice of appeal is timely if it is deposited in the institution's internal mail system on or before the last day for filing. Timely filing may be shown by a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid.

3. **Format of the notice of appeal**: Form 1, Appendix of Forms to the Federal Rules of Appellate Procedure, is a suitable format. See also Fed.R.App.P. 3(c). A pro se notice of appeal must be signed by the appellant.

4. **Effect of a notice of appeal**: A district court loses jurisdiction (authority) to act after the filing of a timely notice of appeal, except for actions in aid of appellate jurisdiction or to rule on a timely motion of the type specified in Fed.R.App.P. 4(a)(4).