**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AARON ALLEN,

Plaintiff/Counter-defendant,

v. Case No.: 8:23-cv-00806-KKM-AEP

RELIAQUEST, LLC,

Defendant/Counterclaimant.
_______________________________/

**DEFENDANT/COUNTERCLAIM PLAINTIFF**
**RELIAQUEST, LLC'S NOTICE OF CROSS-APPEAL**

Defendant/Counterclaim Plaintiff ReliaQuest, LLC ("ReliaQuest"), respectfully files its Notice of Cross-Appeal to the United States Court of Appeals for the Eleventh Circuit of this Court's Order dismissing ReliaQuest's Counterclaims and the Judgment entered on March 18, 2026. (Dkt. #128 & 129).

Dated: May 1, 2026

Respectfully submitted,

*/s/ Dean A. Kent*
Dean A. Kent
Florida Bar No. 307040
dak@trenam.com/ ac@trenam.com
**TRENAM LAW**
101 East Kennedy Blvd., Suite 2700
Tampa, Florida 33602-5150
(813) 223-7474 / (813) 229-6553 (fax)
*Attorneys for ReliaQuest, LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of May 2026, I electronically filed the foregoing Defendant/Counterclaim Plaintiff ReliaQuest LLC's Notice of Cross-Appeal with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ *Dean A. Kent*

Dean A. Kent
Florida Bar No. 307040
TRENAM LAW
101 East Kennedy Blvd.
Suite 2700
Tampa, Florida 33602-5150
Tel: (813) 223-7474
Fax: (813) 229-655
Email: dak@trenam.com
*Attorney for Defendant/Counterclaim Plaintiff ReliaQuest, LLC*